UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DERRICK JONES, et al.,

    Plaintiff(s),

v.

CITY OF ST. LOUIS, et al.,

    Defendant(s).

Case No. 4:21-cv-600

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiffs__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Dennis Dahlberg__
(name and address of process server)

__1107 Chatelet Drive__

__St. Louis, MO 63138__

To serve: City of St. Louis, Adrian Barnes, Dale Glass, Javan Fowlkes, CO Richardson, Sidney Turner, Direll Alexander, CO Bolden, CO Lewis in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

05/24/2021                    /s/ Amy E. Breihan
(date)                     (attorney for Plaintiff)

(attorney for Defendant)