UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DERRICK JONES, et al.

_____,

      Plaintiff (s),

v.

CITY OF ST. LOUIS, et al.

_____,

      Defendant(s).

Case No. 4:21-cv-600

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiffs__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Dennis Dahlberg__
(name and address of process server)

__1107 Chatelet Drive__

__St. Louis, MO 63138__

To serve: __Defendants Michelle Lewis, Direll Alexander, and Aisha Turner__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

06/22/2021                                         /s/ Amy E. Breihan
(date)                                             (attorney for Plaintiff)


                                                   (attorney for Defendant)