UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Derrick Jones, Jerome Jones, and Darnell Rusan, <br><br>　PLAINTIFFS, <br><br>v. <br><br>City of St. Louis, et al., <br><br>　DEFENDANTS. | Cause No. 4:21-cv-600-NCC |

## **Defendants City of St. Louis, Fowlkes, Turner, Lewis, Alexander, Carson, and Barnes' Motion to Dismiss**

　Come now Defendants City of St. Louis, Lt. Javan Fowlkes, Lt. Aisha Turner, Officer Michelle Lewis, Officer Direll Alexander, Commissioner Jeffrey Carson and Superintendent Adrian Barnes, and move that this Court dismiss Counts I, II, III, IV and VI of plaintiffs' first amended complaint.

　Plaintiffs fail to state a claim for relief on Counts I, II and III alleging excessive force by individual officers in violation of the Fourteenth Amendment, because they have alleged merely *de minimis* force and injuries. Plaintiffs' claims in Counts IV and VI against the City, Commissioner Carson and Superintendent Barnes must be dismissed because plaintiffs have failed to show the existence of a widespread custom or policy condoning use of excessive force, or deprivation of water and inhumane housing conditions. Additionally, Plaintiffs' claims against Jeffrey Carson and Adrian Barnes in their official capacities should be dismissed as duplicative of their claims against the City.

　A memorandum in support of this motion to dismiss is filed separately.

Respectfully submitted,
MATT MOAK,
CITY COUNSELOR

By: /s/ Catherine Dierker #70025
Assistant City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
Phone: 314-622-3786
Fax: 314-622-4956
dierkerc@stlouis-mo.gov
Attorney for Defendants