UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Derrick Jones, Jerome Jones, Darnell Rusan, and Marrell Withers<br><br>PLAINTIFFS,<br><br>v.<br><br>City of St. Louis, et al.,<br><br>DEFENDANTS. | Cause No. 4:21-cv-600-HEA |

## **MOTION FOR EXTENSION OF TIME**

Comes now City Defendants and respectfully request that the Court grant them additional time to file their response to Plaintiffs' Second Amended Complaint and Motion for Class Certification.

1. Plaintiffs filed their motion for leave to file their second amended complaint and accompanying proposed second amended complaint (ECF 69, 69-1) on March 15, 2022.

2. Plaintiffs also filed their motion for class certification and a memorandum in support (ECF 71, 72) on March 15, 2022.

3. The Court granted leave to amend on May 6, 2022 (ECF 104).

4. City Defendants now request an additional fourteen (14) days in which to file their response to plaintiffs' second amended complaint and motion for class certification, making the responses due Friday, June 3, 2022.

5. This request is made due to the press of business and competing deadlines.

6. Plaintiffs will not be prejudiced by this extension.

7. Plaintiffs' counsel has indicated they are not opposed to this request.

WEREFORE, City Defendants respectfully ask that this Court grant their motion to extend the time to file their response to plaintiffs' second amended complaint and motion for class certification, making such responses due on Friday, June 3, 2022.

Respectfully submitted,<br>
SHEENA HAMILTON,<br>
CITY COUNSELOR

By:   /s/ Adriano Martinez #69214

Assistant City Counselor<br>
1200 Market Street<br>
City Hall Room 314<br>
St. Louis, Missouri 63103<br>
Phone: 314-622-4651<br>
Fax: 314-622-4956<br>
martineza@stlouis-mo.gov