UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Derrick Jones, Jerome Jones, and Darnell Rusan,<br><br>    PLAINTIFFS,<br><br>v.<br><br>City of St. Louis, et al.,<br><br>    DEFENDANTS. | Cause No. 4:21-cv-600-NCC |

### DEFENDANTS' MOTION TO COMPEL ANSWERS TO DEFENDANTS' INTERROGATORIES PROPOUNDED TO PLAINTIFF DARNELL RUSAN OR IN THE ALTERNATIVE TO DISMISS PLAINTIFFS' COMPLAINT

COME NOW Defendants, by and through undersigned counsel, and for their Defendants' Motion to Compel Answers to Defendants' Interrogatories Propounded to Darnell Rusan Or In The Alternative To Dismiss Plaintiffs' Complaint state as follows:

1. On March 18, 2022, Defendants served their First Set of Interrogatories Directed to Plaintiff Darnell Rusan. See attached Exh. A.

2. On April 18, 2022, Plaintiffs served their Responses to Defendants' First Interrogatories asserting objections to Interrogatories 1, 2, 11, 12, 13, and 14 based on, among other things, relevance. See attached Exh. A.

1

3. On June 24, 2022, at approximately 2:00 p.m. Shubra Ohne and Maureen Hanlon, attorneys for Plaintiffs and Lawrence Pratt and Adriano Martinez, attorneys for Defendants met, by telephone, in a good faith attempt to resolve the above-referenced discovery dispute. After reasonable efforts the parties were unable to resolve the outstanding discovery disputes.

4. Plaintiff waived his objections to Defendants' Interrogatories as he violated Rule 33 Fed. R. Civ. Pro. for failing to object with requisite specificity. *Jones v. Am. River Transp. Co.,* 2020 U.S. Dist. LEXIS 246007 (W.D. TN 2020).

5. Plaintiff waived his objections to Defendants' Interrogatories as he served answers subject to objections. *Michael Fergin v. Westrock Co.* 2017 U.S. Dist. LEXIS 197617 (D. Neb. Dec. 1, 2017).

6. Defendants' Interrogatory No. 1 requesting addresses where Plaintiff lived for the last five years is relevant as Plaintiff refused to provide information as to his criminal history. Plaintiff's places of residence may provide Defendants venues and jurisdictions within which to look for Plaintiff's criminal history; thus said information is relevant and discoverable under Rule 26 Fed. R. Civ. Pro.

7. Defendants' Interrogatory No. 2. requesting Plaintiff's criminal record are relevant as Plaintiff pled "pain, suffering, emotional distress, and injury" as the result of his conditions of confinement at the City Justice Center for the City of St.

Louis. Doc. #131, para. 118. Information regarding any prior contacts Plaintiff has with the criminal justice system had as well as previous incarcerations are relevant to the issues of Plaintiff's alleged damages. *Webb v. Jessamine County Fiscal Court,* 2011 U.S. Dist. Lexis 93136, 2011 WL 3652751.

8. Further, Plaintiff's criminal history is relevant as Plaintiff's allegations are based on his testimony as to events that transpired between himself and Defendants, thereby putting his own credibility at issue. *Domino Two, LLC v. Auto-Owners Ins. Co.,* 2022 U.S. Dist. LEXIS 107358 (W.D. Mo June 16, 2022).

9. Regarding Interrogatory Nos. 11, 12, and 13, Plaintiff's complaint should be dismissed as he made allegations in his complaint regarding his conduct then invoked his Fifth Amendment privilege against self-incrimination when asked under oath about the very same conduct. *Serafino v. Hasbro, Inc.,* 82 F.3d 515, 518-19 (1st Cir. 1996); *Brown v. Ames*, 346 F. Supp 1176 (Dist. Ct. Minn. April 18, 1972); and *Fletcher v. City of Marshall*, 2019 U.S. Dist. LEXIS 12210. (D.C. W.D. Mo. January 25, 2019).

10. Interrogatory No. 14 requests information as to whether Plaintiff used any other detainee's PIN number. This information is relevant as Plaintiff made allegations regarding events transpiring during a certain telephone call. Further,

Information communicated regarding Plaintiff's allegations in this case during telephone calls are likewise relevant and discoverable.

WHEREFORE, for the foregoing reasons Defendants pray this court grant Defendants' Motion to Compel Answers to Defendants' Interrogatories Propounded to Plaintiff Darnell Rusan or in the alternative dismiss Plaintiff's complaint.

<div style="margin-left: 40%;">

Respectfully submitted,

SHEENA HAMILTON,
CITY COUNSELOR

By: /s/ Lawrence L. Pratt #41324
    Assistant City Counselor
    1200 Market Street
    City Hall Room 314
    St. Louis, Missouri 63103
    Phone: 314-641-8317
    Fax: 314-622-4956
    PrattL@stlouis-mo.gov

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 11, 2022** the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

<div style="margin-left: 40%;">

   /s/ Lawrence Pratt

</div>

Case: 4:21-cv-00600-HEA   Doc. #:  145   Filed: 07/11/22   Page: 5 of 5 PageID #: 2098