**SHERRY RICHARDS   9/7/2022**

## Page 1

```
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
         EASTERN DIVISION

DERRICK JONES, et. al.,  )
                         )
PLAINTIFFS               )
              ) CAUSE NO. 4:21-cv-600
v.            )
              )
CITY OF ST. LOUIS, et al., )
              )
DEFENDANTS    )
              )
              )


        ORAL DEPOSITION (VIA VIDEOCONFERENCE)
                       OF
                SHERRY RICHARDS
   Taken WEDNESDAY, SEPTEMBER 7TH, 2022, at 9:01 a.m.
```

## Page 2

```
              APPEARANCES

ON BEHALF OF THE PLAINTIFFS (VIA VIDEOCONFERENCE):
  AMARIS MONTES, ESQUIRE
  OREN NIMNI, ESQUIRE
  RIGHTS BEHIND BARS
  416 FLORIDA AVENUE NORTHWEST, #26152
  WASHINGTON, D.C. 20001
  206-200-9088
  Amaris@rightsbehindbars.org
  oren@rightsbehindbars.org

  SHUBRA OHRI, ESQUIRE
  RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
  906 OLIVE STREET, SUITE 420
  ST. LOUIS, MISSOURI 63101
  314-254-8540
  shubra.ohri@macarthurjustice.org
  MAUREEN HANLON, ESQUIRE
  ARCHCITY DEFENDERS, INC.
  440 NORTH 4TH STREET, SUITE 390
  ST. LOUIS, MISSOURI 63102
  855-724-2489
  mhanlon@archcitydefenders.com

ON BEHALF OF THE DEFENDANTS (VIA VIDEOCONFERENCE):
  LAWRENCE PRATT, ESQUIRE
  ADRIANO A. MARTINEZ, ESQUIRE
  OFFICE OF THE CITY COUNSELOR
  1200 MARKET STREET, ROOM 314
  ST. LOUIS, MISSOURI 63103
  314-622-3361
  pratt@stlouis-mo.gov
ALSO PRESENT (VIA VIDEOCONFERENCE):
  RYAN GRAY, VIDEOGRAPHER, LEXITAS LEGAL
  BRADY ROOT, SLU LAW HRAH CLINIC
  BRIANNA COPPERSMITH
```

## Page 3

```
                     INDEX

STYLE AND NUMBER                              1
APPEARANCES                                   2
CAPTION                                       4
  WITNESS:  SHERRY RICHARDS
    Examination by Ms. Montes                 6
    Examination by Mr. Pratt                208
    Further Examination by Ms. Montes       216
    Examination Concluded                   219
COURT REPORTER'S CERTIFICATE                220
ERRATA INSTRUCTIONS & FORM                  221

                   EXHIBITS
PLAINTIFFS'                          MARKED
Exhibit 1 - Photograph of OC Chemical Agent      96
Exhibit 2 - Photograph of OC Chemical Agent      99
Exhibit 3 - Photograph of OC Chemical Agent     101
Exhibit 4 - Use of Force Report (Bates 332-348) 124
Exhibit 5 - Video of Incident (Bates 2246)      128
Exhibit 6 - E-mail from Lt. Fowlkes             159
Exhibit 7 - CJC IRR Form #7,878,182             161
Exhibit 8 - Use of Force - Kevin Moore          169
Exhibit 9 - Use of Force - Paul Ramos           184
Exhibit 10 - Policy & Procedures on Use of
    Chemical Agents 4484-4489                   187

Exhibit 11 - Use of Force - Kevin Walker        200
```

## Page 4

```
                    CAPTION
    ANSWERS AND ORAL DEPOSITION OF SHERRY RICHARDS
(VIA VIDEOCONFERENCE), a witness produced at the
request of the PLAINTIFF, taken in the above-styled
and numbered cause on the 7th day of September, 2022,
before Elizabeth Coffman, Arkansas Supreme Court
Certified Court Reporter #697, at 9:01 a.m., pursuant
to the agreement hereinafter set forth.


                  * * * * * * * * * *


                   STIPULATIONS
    IT IS STIPULATED AND AGREED by and between the
parties through their respective counsel that the oral
deposition of SHERRY RICHARDS (VIA VIDEOCONFERENCE)
may be taken for any and all purposes according to the
Arkansas Rules of Civil Procedure.


                  * * * * * * * * * *
```

Page 97

1
2  cause for no spray. I'm not fixin' to do that. I
3  never did it.
4  BY MS. MONTES:
5  Q  Is someone passively resisting when someone
6  verbally refuses to get dressed or change clothes?
7      MR. PRATT: Same objection. Subject
8      to that, ma'am, you can answer.
9  A  It's passive resistance, but, okay. I mean, I
10 can only speak for me. If you don't want to put on
11 your clothes, then, you don't -- you can't come out of
12 the day room. That's pretty much where I draw the
13 line at. They under -- most guys understand that,
14 most of the females understood. The ones that didn't,
15 I had to stand there while they let the other guy out
16 (inaudible), then you stay on in there, that's how we
17 do that. Now, I never ran into that type of
18 situation, but if I did, that's how I handle it. I'm
19 not going to spray anyone because of some passive
20 resistance type stuff that's unnecessary and it's
21 excessive.
22 BY MS. MONTES:
23 Q  Are there not policies that instruct all the
24 officers about definitions for passive and active
25 resistance?

Page 98

1
2  A  Yeah. Everyone should know the definition of
3  both of those. Everyone.
4  Q  So according to policy, is it passive resistance
5  when someone is banging on their cell or banging on
6  their door?
7      MR. PRATT: Same objection. Subject
8      to that, you can answer, ma'am.
9  A  Banging on the cell door is the same question.
10 And the only thing you can do about that is to tell
11 the individual to stop, what the problem? Because if
12 their banging on the door, something is going on or
13 they're just being ignorant. Or they might be, like I
14 said earlier, singing a rap song, beating the beat on
15 the door. You just tell them to stop. If they don't
16 stop, then, you know, eventually they will. That's no
17 cause for spraying. That is passive resistance.
18 That's me, I can't speak for no one else.
19 BY MS. MONTES:
20 Q  Does the policy instruct others about whether
21 that's passive or active resistance?
22 A  Yes.
23 Q  Would the policy say that that's passive
24 resistance?
25 A  (Speaking to someone off camera.) I don't

Page 99

1
2  remember what the policy says, ma'am. I remember what
3  I do and how I deal with it.
4  Q  Is it passive resistance when someone is yelling
5  inside a secure cell?
6      MR. PRATT: Same objection. Subject
7      to that, you can answer, ma'am.
8  A  Yeah. Yep.
9  BY MS. MONTES:
10 Q  Sorry. I want to go on to a bit about the use of
11 chemical agents in the facility?
12 A  Uh-huh.
13     MR. PRATT: Amaris, are you going
14     to -- are you at a change point?
15     MS. MONTES: Sorry, can we go off the
16     record?
17     THE VIDEOGRAPHER: Off the record at
18     11:56 a.m.
19     (After a break was taken, the
20     proceedings resumed as follows:)
21     THE VIDEOGRAPHER: On the record,
22     12:32 p.m.
23 BY MS. MONTES:
24 Q  Okay, Ms. Richards, before the break, we were
25 speaking -- I wanted to speak a bit about the use of

Page 100

1
2  chemical agents in the facility. Are there different
3  kinds of chemical agents that you use in the facility?
4  A  No.
5  Q  What kind of chemical agent do you use?
6  A  OC spray.
7  Q  And I'm going to use the term "chemical agent"
8  and "OC spray" and "mace" interchangeably; is that
9  okay?
10 A  Uh-huh. Yes.
11 Q  Are there different kinds of canisters that you
12 use for the OC spray?
13 A  No.
14 Q  I am going to introduce our first exhibit. This
15 is -- let's see if I can do this. Do you see this on
16 your screen, Ms. Richards?
17 A  Yes.
18 Q  This is Plaintiffs' Exhibit 1.
19     (The document was marked for
20     identification as Plaintiffs' Exhibit 1 and
21     is attached.)
22 This is a photograph that I pulled from the Sabre
23 website.
24 A  Uh-huh.
25 Q  And the description on the bottom says, "Sabre

**SHERRY RICHARDS  9/7/2022**

### Page 229

```
                    CERTIFICATE

STATE OF ARKANSAS   )
                    ) ss
COUNTY OF PULASKI   )

        I, Elizabeth Coffman, Arkansas State Supreme
Court Certified Court Reporter #697, do hereby certify
that the facts stated by me in the caption on the
foregoing proceedings are true, and that the foregoing
proceedings were reported verbatim through the use of
the voice writing method and thereafter transcribed by
me or under my direct supervision to the best of my
ability, taken at the time and place set out on the
caption hereto.
        I further certify that in accordance with Rule
30(e) of the Rules of Civil Procedure, review of the
transcript was not requested.
        I further certify that I am not a relative
or employee of any attorney or employed by the parties
hereto, nor financially interested in the outcome of
this action, and that I have no contract with the
parties, attorneys, or persons with an interest in the
action that affects or has a substantial tendency to
affect impartiality, that requires me to relinquish
control of an original deposition transcript or copies
of the transcript before it is certified and delivered
to the custodial attorney, or that requires me to
provide any service not made available to all parties
to the action.
        WITNESS MY HAND AND SEAL this    day of
_____, 2022.


_____
Elizabeth Coffman
Certified Court Reporter #697
```

### Page 230

```
           LEXITAS LITIGATION SERVICES

9/15/2022

Lawrence Pratt
ASSISTANT CITY COUNSELOR
1200 Market Street
Room 314
St. Louis, MO  63103

Dear Mr. Pratt,

Please find enclosed your copies of the deposition of
SHERRY RICHARDS taken on September 7, 2022, in the
above-referenced case.  Also enclosed is the original
signature page and errata sheets.

Please read the witness read your copy of the
transcript, indicate any changes and/or corrections
desired on the errata sheets, and sign the signature
page before a notary public.

Please return the errata sheets and notarized
signature page within 30 days to our office at
711 North 11th Street, St. Louis, MO 63101 for filing.
Sincerely,



Elizabeth Coffman

Enclosures
```

### Page 231

```
              ERRATA SHEET

Witness Name:  SHERRY RICHARDS
Case Name: DERRICK JONES, et al. v. CITY OF ST. LOUIS,
    et. al.
Date Taken:  September 7th, 2022

Page#_____  Line#_____
Should read:_____
Reason for change:_____

Page#_____  Line#_____
Should read:_____
Reason for change:_____

Page#_____  Line#_____
Should read:_____
Reason for change:_____

Page#_____  Line#_____
Should read:_____
Reason for change:_____

Page#_____  Line#_____
Should read:_____
Reason for change:_____

Page#_____  Line#_____
Should read:_____
Reason for change:_____


WITNESS SIGNATURE:
```

### Page 232

```
STATE OF _____)

COUNTY OF _____)

I, SHERRY RICHARDS, do hereby certify:
    That I have read the foregoing deposition;
    That I have made such changes in form and/or
substance to within deposition as might be necessary
to render the same true and correct;
    That having made such changes thereon, I
hereby subscribe my name to the deposition.

    I declare under penalty of perjury that the
foregoing is true and correct.

    Executed this _____ day of _____,
20___, at _____.



                    _____
                    SHERRY RICHARDS



                    _____
                    NOTARY PUBLIC

My Commission Expires:
```