Exhibit 17



## Expert Report of Dr. Evan S. Schwarz

Capsaicin, also known as pepper spray (OC), is classified as a riot control agent or an irritant or lacrimator. At times it is referred to as mace but that is technically a different substance. Capsaicin is an essential oil derived from pepper plants.[1] It is an active component in SABRE® Law Enforcement Aerosol Projectors. The SABRE® Red MK-4 Crossfire 3.0 and MK-9 SABRE® Red Formula each contain 5-10% oleoresin capsicum and 1.33% capsaicinoids. Closer to one percent is contained in civilian preparations.[2]

The transient receptor potential vanilloid 1 (TRPV1), a heat-dependent nociceptor, is activated by capsaicin causing the hot or burning sensation that people exposed to it feel.[3] Riot control agents, like capsaicin, as a class cause irritation including tearing, burning and dermatitis, coughing, and upper respiratory irritation. These agents cause irritation when they contact mucous membranes and skin. This can lead to tearing or injection in the eyes. However more prolonged or highly concentrated formulations can further penetrate the eye or skin causing more serious injuries. If these agents reach the lower airways, they cause inflammation, edema, and capillary leaking that can lead to bronchospasm, pulmonary edema, and even respiratory distress, including acute respiratory distress syndrome. Treatment includes removal from the exposure as well as removal of contaminated clothing and irrigation with water. More severe exposures may require bronchodilators, antihistamines, corticosteroids, and topical anesthetics.

In general, injuries from capsaicin tend to be mild if people rapidly disperse from the area and immediately wash the capsaicin off them. However, more severe injuries are reported. These tend to occur when people are exposed to large amounts of capsaicin in small, poorly ventilated areas for prolonged periods of time.[4] Skin and ocular injuries may also occur if people cannot properly wash off the capsaicin. While rare, severe skin and respiratory injuries following exposure to capsaicin are reported.[1,5]

A review of the literature reported on the effects of irritant agents including capsaicin.[6] While they specifically were reviewing ocular complications, they briefly discuss a death reported in an asthmatic attributed to capsaicin.[2] The cause of death was reported as asphyxia due to bronchospasm precipitated by pepper spray in a patient with asthma. In their review, they report a number of ocular injuries including corneal ulcers, epithelial defects, chemosis, keratitis, and chemical burns. Included in the manuscript are reports of injuries that took months to resolve and a case of permanent vision changes due to delayed irrigation. Another review found 7,156 injuries from capsaicin, where 6% were categorized as severe.[4] Yeung et al. also explored the health effects of pepper spray.[7] They reviewed 15 articles. Corneal injuries were found in 3.6-8.6% of included patients with shortness of breath being reported in 2.1-3.7% of patients. The review reported persistent dermatitis, blister formation, and bronchoconstriction following exposures to capsaicin. More severe injuries included pulmonary edema and chemical pneumonitis. They also report in-custody deaths preceded by exposure to capsaicin, which may have been a contributor.

In summary, severe injuries including death are reported following exposures to capsaicin. While they do not occur very often, they are more likely to occur following large


exposures, exposures occurring in confined spaces, or when victims cannot properly decontaminate themselves. As such, care and caution should be used when deploying these agents, especially when using products with higher concentrations of capsaicin.

This opinion is rendered to a reasonable degree of medical and scientific certainty. I reserve the right to change my opinion should new information become available.

In developing this report, I relied upon the following records and references. Records reviewed:

- Videos produced by the City in *Jones, et al. v. City of St. Louis, et al.*, Bates stamped City_002246, 2247, 2248, 2250, and 4063.

- Excerpts from the June 3, 2022, deposition of defendant Javan Fowlkes, as well as Exhibits 3, 4, and 5 from that deposition.

- SABRE Law Enforcement Catalog (2018), Bates stamped SEC00773-796.

References relied upon and cited above:

1. Suchard J."Chemical Weapons." In Goldfrank's Toxicologic Emergencies, Eleventh Edition. Chapter 126. New York: McGraw Hill, 2019.

2. Steffee CH, et al. Oleoresin capsicum (pepper) spray and "in-custody death.". Am J Forensic Med Pathology 1995;16(3):185-92.

3. Shuba YM. Beyond neuronal heat sensing: diversity of TRPV1 heat-capsaicin receptor-channel functions. Front Cell Neurosci 2021;14:612480:1-17.

4. Haar RJ, et al. Health impacts of chemical irritants caused for crowd control: a systematic review of the injuries and deaths caused by tear gas and pepper spray. BMC Public Health 2017;17:831.

5. Hay A, et al. Skin injuries caused by new riot control agent used against civilians on the West Bank. Med Confl Surviv 2006;22:283-91

6. Kim YJ, et al. Effects of tear gases on the eye. Survey of ophthalmology 2016;61:434-442.

7. Yeung MR, Tang WYM. Clinicopathological effects of pepper (oleoresin capsicum) spray. Hong Kong Med J 2015;21:542-52.



**Department of Emergency Medicine**



Evan S. Schwarz, M.D., FACEP FACMT FASAM
Associate Professor of Emergency Medicine
Medical Toxicology Fellowship Director
UCLA Department of Emergency Medicine
ESchwarz@mednet.ucla.edu

**List of All Publications Authored in Previously 10 Years**

See my attached CV.


**List of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition**

1. *Christine Poe-Garrison vs. Mercy Hospitals*, Case No. 15SL-CC03953. January 23, 2019.

2. *Dagon vs BNSF Railway Company*, Case No. 19-417-JPG-GCS. March 16, 2022.

3. *Joseph Moore and Christina Moore v. Burton Brothers General Contractors, LLC; The Sterling Engineering Group of Companies, LLC; Claim Management, Inc, d/b/a CMI Nixon and Company; Gateway Safety Consultants, LLC*, Case No. 1422-CC08898. August 22, 2022.


**Statement of the compensation to be paid for the study and testimony in the case.**

I am being compensated according to my Fee Schedule, which is attached hereto.

**CURRICULUM VITAE**
**Evan Stuart Schwarz, MD FACEP FACMT FASAM**

**EDUCATION:**

| | |
|---|---|
| 1997-2001 | Bachelor of Arts, University of Texas at Austin |
| 2001-2005 | University of Texas Medical Branch at Galveston |
| 2005-2009 | Residency, Washington University Emergency Medicine |
| 2008-2009 | Chief Resident, Washington University Emergency Medicine |
| 2009-2011 | Fellow, University of Texas Southwestern Medical Toxicology |

**MEDICAL LICENSURE AND BOARD CERTIFICATION:**

| | |
|---|---|
| 2008-present | State of Missouri medical licensure |
| 2009-present | State of Texas medical licensure |
| June 2010 | Diplomate of the American Board of Emergency Medicine (ABEM) |
| December 2012 | Medical Toxicology. Diplomate of the American Board of Emergency Medicine (ABEM) |
| January 2015 | Addiction Medicine. Diplomate of the American Board of Addiction Medicine |
| January 2018 | Addiction Medicine. Diplomate of the American Board of Preventative Medicine (ABPM) |
| 2020-present | State of Illinois medical licensure |
| 2023-present | State of Missouri |

**PRESENT POSITION:**

| | |
|---|---|
| 2023 | Associate Clinical Professor of Emergency Medicine, University of California Los Angeles |
| 2023 | Medical Toxicologist, Department of Emergency Medicine, University of California Los Angeles |
| 2023 | Medical Toxicology Fellowship Director, Department of Emergency Medicine, University of California Los Angeles |

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| 2023 | Associate Clinical Professor of Emergency Medicine, University of California Los Angeles |
| 2018-2023 | Associate Professor of Emergency Medicine, Washington University School of Medicine |
| 2016-2023 | Division Chief, Washington University School of Medicine, Medical Toxicology |
| 2013-2023 | Fellowship Director, Washington University School of Medicine, Medical Toxicology |
| 2011-2018 | Assistant Professor of Emergency Medicine, Washington University School of Medicine |
| 2009-2011 | Fellow in Medical Toxicology, University of Texas Southwestern School of Medicine Clinical Instructor of Emergency Medicine, University of Texas Southwestern School of Medicine |

**EMPLOYMENT:**
2015-2021    Advisory Dean, Washington University School of Medicine
2015-2023    Co-Director, Toxicology Outpatient and Addiction Medicine Clinic
2021-2023    Gateway Coach in the Office of Student Affairs, Washington University School of Medicine

**UNIVERSITY AND HOSPITAL APPOINTMENTS AND COMMITTEES:**
2011-2023 Emergency Medicine Peer Review Committee
2013-2023 Barnes Jewish Hospital Sedation Committee
2013-2023  Emergency Medicine Research faculty
2014-2023 Emergency Medicine Administrative Committee
2015            Emergency Medicine Diabetic Management Taskforce
2015            GME Hospital Patient Safety Committee
2016-2020    Learning Climate Committee
2016-2020    Preclinical Curriculum Committee
2018-2022    Opioid Withdrawal Steering Committee Co-chair
2018-2022    Controlled Substance Diversion Prevention Steering Committee
2019-2023    Washington University School of Medicine Admissions Committee
2019-2020    GME Wellness Committee
2021-2023    GME: Learning Environment Subcommittee

**HONORS AND AWARDS:**
2014-2015    American College of Emergency Physicians Teaching
                  Fellowship
2015            WUSM Academic Medical Leadership Development Program
2015            Named HAZMAT physician for Saint Louis Metro Urban Search and Rescue team
2018            Appointed to Opioid Policy Advisory Committee for the Missouri Department of Social
                  Services
2018-2019    Appointed to the American College of Emergency Physicians task force for Alternatives
                  to Opioids
2018            Participated in opioid roundtable with the United States Surgeon General
2019-2020    Selected for National Quality Forum Opioid Technical Expert Panel
2019-2020    Selected for ASHP Opioid Task Force
2019-present  Appointed to American College of Emergency Physicians Board of Governors Pain and
                  Addiction Care in the Emergency Department (PACED)
2019-2020    Selected for The Joint Commission Substance Use Disorder Standards Review
2021            Named one of the Best New Reviewers by Annals of Emergency Medicine
2022            ACMT Education Committee Service Award

**EDITORIAL RESPONSIBILITIES:**
2006-2008    LLSA column editor for Emergency Physicians Monthly

2010-2020    Editorial board member for Emergency Physicians Monthly
2011-present  Reviewer for Clinical Toxicology
2012            Emergency Medicine Residents Association Critical Care Precedex: chapters on pit viper
                  envenomations, oral hypoglycemics, and opioid overdose

2012-2013    Reviewer for Journal of Medical Case Reports
2013-present  Reviewer for the Journal of Medical Toxicology
2014-2019    Faculty reviewer for EverdayEBM blog (see CEP)
2015-present  Reviewer for Academic Emergency Medicine Journal
2015-present  Reviewer for Internal and Emergency Medicine Journal
2017-present  Reviewer for the American Journal of Emergency Medicine
2017-2022    Associate Editor for Internal and Emergency Medicine Journal
2018-2019    Recurring column in Missouri Medicine
2018-2019    Recurring column in ACEP Now
2019-present  Reviewer for Annals of Emergency Medicine
2019-present  Reviewer for Journal of the American College of Emergency Physicians Open
2020-2023    Missouri Medicine Editorial Board
2020-present  Reviewer for the Emergency Medicine Journal
2021-present  Reviewer for the Journal of the American Medical Association Open Access
2022-present  Reviewer for Visual Journal of Emergency Medicine
2023-present  Reviewer for Wilderness and Environmental Medicine

## PROFESSIONAL SOCIETIES AND ORGANIZATIONS:

2005-2009    Missouri College of Emergency Physicians
2005-present  American College of Emergency Physicians (ACEP)
　　　　　2012          Fellow of the American College of Emergency Physicians
　　　　　2015-present  Membership committee of ACEP
　　　　　2016, 2017    Membership liaison to resiliency taskforce
　　　　　2018-2019    State Targeted Response Technical Assistance Speaker
　　　　　2018-2019    Pain management accreditation task force/
　　　　　2019-2022    American College of Emergency Physicians Board of Governors Pain and Addiction Care in the Emergency Department (PACED)
　　　　　　　　　　2020-2022    Nominations Committee for PACED
　　　　　2021-2022    ACEP Chapter Relations Committee
　　　　　2023          ED Management of Opioid Use Disorder and Acute Overdose in Pediatrics subcommittee
2008-2009    American Medical Association
2008-2009    Missouri State Medical Association
　　　　　2008-2009    Missouri State Medical Association Resident Fellow Section Member
2009-present  American College of Medical Toxicology (ACMT)
　　　　　2012-2016    Chair of the Recent Graduate Section
　　　　　2012-present  Education Committee
　　　　　2014-2017    ACMT liaison to the Agency for Toxic Substances and Diseases Region 7
　　　　　2014-2017    ToxIC Steering Committee
　　　　　2015-2016    Inservice Committee
　　　　　2015-2018    ACMT Clerkship Council Committee member
　　　　　2016          Fellow of the American College of Medical Toxicology
　　　　　2016-present  Chair of the Membership Committee
　　　　　2016-present  Board of Directors

| 2018-present | Department of Human Services SME Region 7 |
| 2009-present | American Association of Clinical Toxicology |
| 2011-2022 | Missouri College of Emergency Physicians (MOCEP) |

|  | 2011-2022 | Board of Directors |
|  | 2013 | Missouri College of Emergency Physicians' Website Taskforce |
|  | 2013 | Missouri College of Emergency Physicians' Executive Director Search Taskforce |
|  | 2014-2022 | Co-Chair of the Communications Committee |
|  | 2014-2022 | Member of the Education Committee |
|  | 2016 | Member of the Time Critical Diagnosis Taskforce |
|  | 2016-2018 | Vice President of MOCEP |
|  | 2017-2022 | Councilor to ACEP Council |
|  | 2018-2020 | President of MOCEP |

| 2012-2023 | Missouri State Medical Association |
|  | 2015-2018 | Missouri State Medical Association Commission on Interspecialty Medicine |
| 2015-present | American Society of Addiction Medicine |
| 2015-2022 | Midwest chapter of the American Society of Addiction Medicine |
|  | 2015-2019 | Board of Directors (Secretary) |
| 2016-2019 | American Medical Association |
| 2020-present | Society for Academic Emergency Medicine |
|  | 2022-2023 | GRACE IV Committee |
| 2018-2023 | St. Louis Metropolitan Medical Society (SLMMS) |
|  | 2022-2025 | Elected to SLMMS Council (resigned 2023) |
| 2023-present | California ACEP |
|  | 2023-present | Government Affairs Committee #3 |

**MAJOR INVITED PROFESSORSHIPS AND LECTURESHIPS:**

| October 17, 2011 | American College of Emergency Physicians New Lecturer's Forum. "My Patient Did What?" San Francisco, CA. Audience size: 70 people |
| November 8, 2011 | Emergency Medicine Grand Rounds Washington University School of Medicine. "My Patient Did What?" Saint Louis, MO. Audience size: 60 people |
| December 6, 2011 | Saint Louis Children's Hospital Pediatric Trauma Update 2011. "Current Topics in Drug Abuse: Legal Highs? And Prescription Drug Abuse." Illinois. Audience size: 50 people |
| March 6, 2012 | Saint Louis Regional Combined Emergency Medicine Conference Series. "Odd Toxicology Cases." Saint Louis, MO. Audience size: 80 people |
| September 8, 2012 | American College of Medical Toxicology Board Review Course. "Analytic/Forensic Toxicology." New Orleans, LA. Audience size: 120 people |
| May 15, 2013 | Environmental and Health Consequences of Clandestine Methamphetamine Laboratories. American College of Medical Toxicology in agreement with |

| | NCEH/ATSDR. "Medical Effects and Consequences of Methamphetamine Use." Montana. Audience size: 100 people |
|---|---|
| May 15, 2013 | Environmental and Health Consequences of Clandestine Methamphetamine Laboratories. American College of Medical Toxicology in agreement with NCEH/ATSDR. "Meth Lab Hazards." Montana. Audience size 100 people |
| July 23, 2013 | Lifelong Learning and Self-Assessment for the 2013 Medical Toxicology Articles. Hosted by the American College of Medical Toxicology. Webinar. Audience size: 200 people |
| September 2, 2013 | Lifelong Learning and Self-Assessment for the 2013 Medical Toxicology Articles. Hosted by the North American Clinical Congress of Toxicology. Atlanta, Georgia Audience size: 70 people |
| November 15, 2013 | Nonvalvular Atrial fibrillation Preceptorship: A Hands-on, patient-based didactic workshop. "Decisions in the Emergency Department." Saint Louis, MO. Audience size: 49 people |
| February 10, 2014 | Saint Louis University Emergency Medicine Grand Rounds. "An Update on Odd Antidotes." Saint Louis, MO. Audience size: 45 people |
| March 27, 2014 | American College of Medical Toxicology Natural Toxins Academy. Small Group Session. "Ibogaine." Florida. Audience size: 90 people |
| April 9, 2014 | Environmental and Health Consequences of Clandestine Methamphetamine Laboratories. American College of Medical Toxicology in agreement with NCEH/ATSDR. "Epidemiology of methamphetamine use and production." Wyoming. Audience size: 85 people |
| April 9, 2014 | Environmental and Health Consequences of Clandestine Methamphetamine Laboratories. American College of Medical Toxicology in agreement with NCEH/ATSDR. "Children removed from meth labs." Wyoming. Audience size: 85 people |
| May 17, 2014 | 36th Annual Conference: Common Childhood Problems for the Practitioner Who Cares for Children. "Pediatric Emergencies. Poisonings and Toxidromes." Columbia, MO. Audience size: 75 people |
| July 24, 2014 | University of Missouri Columbia Emergency Medicine Grand Rounds. "What's Old is New Again." Columbia, MO. Audience size: 30 people |
| October 23, 2014 | Code 3 Emergency Medical Services Saint Louis Regional Conference. "You Take the Blue Pill, the Story Ends: Narcotic Overdoses." Saint Louis, MO. Audience size: 90 people |
| February 10, 2015 | Saint Louis University Emergency Medicine Grand Rounds. "Ethanol Withdrawal: Beyond Benzos." Saint Louis, MO. Audience size: 45 people |

| | |
|---|---|
| July 15, 2015 | Lifelong Learning and Self-Assessment for the 2015 Medical Toxicology Articles. Hosted by the American College of Medical Toxicology. Webinar. Audience size 180 people. |
| August 6, 2015 | Environmental and Health Consequences of Clandestine Methamphetamine Laboratories. American College of Medical Toxicology in agreement with ACMT/BIA. History & Epidemiology of Exposure to Methamphetamine Contamination in Homes and Clandestine Labs. Wyoming. Audience size: 112 people |
| August 6, 2015 | Environmental and Health Consequences of Clandestine Methamphetamine Laboratories. American College of Medical Toxicology in agreement with AMCT/BIA. Wyoming. Methamphetamine Lab Hazards, PPE, & Monitoring of Personnel.  Wyoming. Audience size: 112 people |
| October 11, 2015 | Lifelong Learning and Self-Assessment for the 2013 Medical Toxicology Articles. Hosted by the American College of Medical Toxicology and American Association of Clinical Toxicology. San Francisco, CA. Audience size 75 people |
| October 23, 2015 | Code 3 Emergency Medical Services Saint Louis Regional Conference. Coming Soon to a Boutique Near You: Designer Street Drugs. Saint Louis, MO. Audience size: 120 people |
| March 31, 2016 | University of Tennessee Emergency Medicine Residency Program.  New Drugs of Abuse on Their Way to You. Memphis, TN. Audience size: 33 people |
| March 31, 2016 | University of Tennessee Emergency Medicine Residency Program. Updates on Antidotes. Memphis, TN. Audience size: 33 people |
| April 14, 2016 | Saint Louis Chapter of the Society of Hospitalist Medicine. Addiction in the Hospitalized Patient. Saint Louis, MO. Audience size: 68 people |
| April 30, 2016 | Care of the Hospitalized Patient 2016.  Addiction in the Hospitalized Patient. Saint Louis, MO. Audience size: 78 people |
| September 24, 2016 | Pediatric Emergency Medicine Conference 2016. An Update on Antidotes. Saint Louis, MO. Audience size: 75 people |
| October 1, 2016 | The American College of Medical Toxicology Board Review Course. Toxic Dermatology and Pathology. Salt Lake City, UT. Audience size: 148 people |
| October 11, 2016 | Grand Rounds. Saint Luke's Hospital in Saint Louis. Heroin Addiction. Saint Louis, MO. Audience size: 98 people |
| October 13, 2016 | Code 3 Conference. Smoking is Bad for Your Health: When to Use a Cyano-Kit, When to Go to a Burn Center, What Good is a Hyperbaric Chamber. Saint Louis, MO. Audience size: 120 people |

| | |
|---|---|
| November 15, 2016 | 11th Annual Pediatric Trauma Update Conference in Southern Illinois. Current Topics in Drug Abuse: Just Because It's Legal Doesn't Mean It's Safe. Illinois. Audience size: 56 people |
| November 29, 2016 | Washington University Department of Psychiatry Grand Rounds. Opioid Use Disorders in the Emergency Department. Saint Louis, MO. Audience size: 45 people |
| March 4, 2017 | 25th Annual Refresher Course & Update in General Surgery. Common Bites and Envenomations. St. Louis, MO. Audience size: 125 people |
| May 4, 2017 | 15th Annual Dr. Tom Steele Emergency Care Symposium. Addiction Management/Pain Management. Springfield, MO. Audience size: 75 people |
| May 4, 2017 | 15th Annual Dr. Tom Steele Emergency Care Symposium. Ketamine for Agitated Delirium. Springfield, MO. Audience size: 75 people |
| May 4, 2017 | 15th Annual Dr. Tom Steele Emergency Care Symposium. New Drugs of Abuse. Springfield, MO. Audience size: 75 people |
| July 11, 2017 | American College of Medical Toxicology National Journal Club Webinar. Ketamine in Excited Delirium. Audience size: 65 |
| July 19, 2017 | Lifelong Learning and Self-Assessment for the 2017 Medical Toxicology Articles. Hosted by the American College of Medical Toxicology. Webinar. Audience size 150 people. |
| August 22, 2017 | Larry Lewis 1st Annual Health Policy Symposium. Pain Management in the Emergency Department. Saint Louis, MO. Audience size: 350 people |
| August 29, 2017 | Saint Louis University Emergency Medicine Grand Rounds. Difficult Toxicology Cases. Saint Louis, MO. Audience size: 30 people |
| November 14, 2017 | 12th Annual Pediatric Trauma Update Conference in Southern Illinois. My Patient Did What? New Drugs of Abuse. Audience size: 50 people |
| January 3, 2018 | Missouri Hospital Association Aim for Excellence Webinar. Emergency Department Management of Opioid Use Disorders. Audience size: 31 people |
| February 14, 2018 | Pediatric Emergency Medicine. Opioids. Saint Louis, MO. Audience size: 12 people |
| March 2, 2018 | Missouri Opioid Summit. Treatment Initiation in the Emergency Department. Missouri Hospital Association. Saint Louis, MO. Audience size: 150 people |
| April 14, 2018 | American Association of Addiction Medicine 49th Annual Conference. San Diego, California. Fentanyl and Analogs, Oh My: Their Impact on Patients and |

| | |
|---|---|
| | Public Health. Audience size: 100 people |
| April 21 2018 | St. Louis Metropolitan Medical Society. What's My Role for Addressing the Opioid Crises? St. Louis, MO. Audience size: 70 people |
| April 27, 2018 | Midwest Osteopathic Annual Convention. Street Drug Update. Branson, MO. Audience size: 120 people. |
| April 28, 2018 | Care of the Hospitalized Patient. Pain and Opioid Use Disorder in the Emergency Department. Saint Louis, MO. Audience size 50 people. |
| May 23, 2018 | Opioid Solutions Panel. American College of Emergency Physicians Leadership & Advocacy Conference. Washington, DC. Audience size: 300 people |
| August 16, 2018 | American College of Medical Toxicology National Case Conference. So a Toddler Goes to a Party. Audience size: 95 people |
| August 17, 2018 | 5th Annual Advance Practice Conference. My Patient Took What? An Update on Drugs of Abuse and Treatment. St. Louis, MO. Audience Size: 50 people |
| September 5, 2018 | American College of Medical Toxicology Board Review Course. Dermatology and Pathology-Self Paced Lecture. Chicago, Illinois. Audience Size: 148 people |
| September 5, 2018 | American College of Medical Toxicology Board Review Course. Forensic Toxicology-Self Paced Lecture. Chicago, Illinois. Audience Size: 148 people |
| September 5, 2018 | American College of Medical Toxicology Total Toxicology Course. Acetaminophen. Chicago, Illinois. Audience Size: 70 people |
| September 6, 2018 | American College of Medical Toxicology Board Review Course. Classic Toxins. Chicago, Illinois. Audience Size: 148 people |
| September 6, 2018 Antiepileptics. | American College of Medical Toxicology Total Toxicology Course. Chicago, Illinois. Audience Size: 70 people |
| September 7, 2018 | American College of Medical Toxicology Board Review Course. Miscellaneous Toxins. Chicago, Illinois. Audience Size: 148 people |
| September 22, 2018 | Medication-assisted therapy (MAT) for Opioid Use Disorder. Society of Academic Emergency Medicine Midwest Regional Meeting. Audience size: 40 people |
| September 22, 2018 | Alternatives to Opioids for Acute Pain. Society of Academic Emergency Medicine Midwest Regional Meeting. Audience size: 25 people |
| October 12, 2018 | Pediatric UPDATE. Opioids. Recorded for distribution |

| November 6, 2018 | American Association for Clinical Chemistry. Synthetics-Changing Face of Drugs. Webinar Series. Audience Size: 25 |
|---|---|
| December 19, 2018 | Grand Rounds. Division of Plastic Surgery. Washington University School of Medicine. Management of the Patient with Opioid Use Disorder. Saint Louis, MO. Audience size: 40 |
| January 10, 2019 | Opioids and the Workplace. Thinking Transformationally, Creatively, with Action. Saint Louis, MO. Audience size 85 |
| February 2, 2019 | New York Society of Addiction Meeting Annual Meeting. Medical Toxicology Panel. New York, New York. Audience size: 120 people |
| February 20, 2019 | The Next Steps: Opioid Use Disorder Care After the ED. American College of Emergency Physicians Webinar. https://www.acep.org/administration/quality/equal/emergency-quality-network-e-qual/e-qual-opioid-initiative/equal-opioids---webinars/ |
| March 8, 2019 | Maine College of Emergency Medicine Annual Meeting. Medication Assisted Therapy in the Emergency Department. Audience size: 45 people |
| March 20, 2019 | Ohio College of Emergency Medicine Annual Meeting. Medication Assisted Therapy in the Emergency Department. Audience size: 50 people |
| April 5, 2019 | American Society of Addiction Medicine 50th Annual Conference. Marijuana Today: Not Your Parent's Pot. Orlando, Florida. Audience size: 350 people |
| April 18, 2019 | Behavioral Health Summit. Opioid 1-ED Meds, Medication First Therapy. Missouri Hospital Association. Lake of the Ozarks, Missouri. Audience size: 45 people |
| April 26, 2019 | Tom Steele Emergency Medicine Conference. Medication Assisted Therapy in the Emergency Department. Springfield, Illinois. Audience size: 75 people |
| April 26, 2019 | Tom Steele Emergency Medicine Conference. Alternatives to Opioids. Springfield, Illinois. Audience size: 75 people |
| June 20, 2019 | Barnes Jewish Hospital Nursing Grand Rounds. My Patient Did What? An Update on Drugs of Abuse. Audience size: 50 people |
| July 10, 2019 | Lifelong Learning and Self-Assessment for the 2019 Medical Toxicology Articles. Hosted by the American College of Medical Toxicology. Webinar. |
| September 27, 2019 | Lifelong Learning and Self-Assessment for the 2019 Medical Toxicology Articles. North American Congress of Clinical Toxicology. Nashville, TN. Audience size: 95 people |

| | |
|---|---|
| October 1, 2019 | Texas Club of Internists meeting. Opioids and Addiction. St. Louis, MO. Audience size: 50 people |
| October 9, 2019 | Missouri Emergency Medicine Nursing. Opioids and Addiction in the Emergency Department. St. Louis, MO. Audience size: 35 people. |
| November 5, 2019 | 14th Annual Pediatric Trauma Update Conference in Southern Illinois. Not Your Parent's Pot. Carterville, Illinois. Audience size: 70 people |
| November 19, 2019 | BJC Grand Rounds at Christian Hospital. SUD in the ED and Hospital. St. Louis, MO. Audience size: 65 people |
| December 17, 2019 | Centene Corporation. OUD in the ED. Webinar. St. Louis, MO |
| January 8, 2020 | VA John Cochran Grand Rounds. Emergency Toxicology. St. Louis, MO. Audience size: 40 people |
| January 22, 2020 | Grand Rounds at Mercy South. Opioids and the ED. St. Louis, MO. Audience size: 40 people |
| January 23, 2020 | Vizient. Closing the Treatment Gap with Inpatient and Emergency Department Initiated Medication Assisted Treatment (MAT) for Opioid-Use Disorder. Webinar. St. Louis, MO |
| March 5, 2020 | Opioid Use Disorder in the Hospitalized Patient 2020. Handling Pain Responsibly. St. Louis, MO. Audience size: 50 people |
| March 5, 2020 | Opioid Use Disorder in the Hospitalized Patient 2020. Motivational Interviewing. St. Louis, MO. Audience size: 50 people |
| March 13, 2020 | Missouri Telehealth Network. Opioid Use Disorder ECHO. Post Overdose Management. Online education. |
| March 31, 2020 | BHR event. Opioids. St. Louis, MO – postponed due to COVID |
| May 7, 2020 | St. Louis Chapter of the Society of Hospital Medicine. Substance use disorders. St. Louis, MO – postponed due to COVID |
| June 16, 2020 | ACEP MAT Training.  Iowa Chapter of Emergency Physicians – Postponed due to COVID |
| August 25-28, 2020 | American College of Medical Toxicology Board Review Course. Dermatology and Pathology. Webinar. |
| August 28, 2020 | American College of Medical Toxicology Board Review Course. Miscellaneous Toxins. Minneapolis, Minnesota |

| August 26, 2020 | American College of Medical Toxicology Total Toxicology Course. Heavy Metals in the ED. Minneapolis, Minnesota-Postponed due to COVID |
|---|---|
| September 11, 2020 | North American Clinical College of Toxicology Pre-symposium. Sodium Channel Openers. Live online. |
| October 9, 2020 | Missouri Telehealth Network. Opioid Use Disorder ECHO. Cannabis. Online education. |
| November 3, 2020 | MAT waiver training session for ACEP. Online education. |
| November 19, 2020 | MAT waiver training session for ACEP. Online education. |
| December 15, 2020 | 2020 AACC Annual Scientific Meeting & Clinical Lab Expo. Drug Testing Under the Pressure of Drug Abuse Epidemics. Virtual – rescheduled from July 2020. |
| January 5, 2021 | Iowa ACEP Chapter MAT training. Online education. Rescheduled from June 2020. |
| February 1, 2021 | Washington, DC ACEP Chapter MAT training. Online education. Rescheduled from June 2020. |
| February 5, 2021 | American College of Medical Toxicology Total Toxicology Course. Heavy Metals in the ED. Virtual-Rescheduled from August 2020 |
| February 12, 2021 | Missouri Telehealth Network. Opioid Use Disorder ECHO. Post Overdose Management. Online education. |
| March 2, 2021 | Grand Rounds for Medical Toxicology at UT Southwestern. Fomepizole for Acetaminophen Toxicity. Leadership Lecture. Online. |
| March 25, 2021 | Discussing MAT with Clients and Providers. Engaging Patients in Care Coordination Program. Webinar. |
| April 1, 2021 | BHR event. Opioids. St. Louis, MO – rescheduled from March 2020 |
| April 23, 2021 | Excited Delirium: The Controversy in the Care of the Acutely Agitated Patient. American Society of Addiction Medicine Virtual Meeting. |
| July 2, 2021 | Lifelong Learning and Self-Assessment for the 2021 Medical Toxicology Articles. Hosted by the American College of Medical Toxicology. Webinar. |
| August 19, 2021 | Total Tox Course. Heavy Metals in the Ed: Lead, Arsenic, and Mercury. Hosted by the American College of Medical Toxicology. Online course. |
| August 27, 2021 | Missouri Telehealth Network. Opioid Use Disorder ECHO. Opioid Use Disorder |

in the Hospitalized Patient. Online education.

| | |
|---|---|
| September 30, 2021 | X-waiver session for the emergency medicine residency program in Chattanooga, Tennessee. Chattanooga, Tennessee. |
| October 12, 2021 | Grand Rounds Deaconess Hospital. Opioids and Addiction. Evansville, IN (virtual) |
| October 18, 2021 | Lifelong Learning and Self-Assessment for the 2021 Medical Toxicology Articles. North American Congress of Clinical Toxicology. Atlanta, GA. |
| February 17, 2022 | Mercy Hospital Pediatrics Grand Rounds. The Other D Drug. (virtual) |
| February 25, 2022 | Missouri Telehealth Network. Post Overdose Management. Online education. |
| April 1, 2022 | American Society of Addiction Medicine 53rd Annual conference. Naloxone: What You Need to Know. Hollywood, FL. |
| July 22, 2022 | Missouri Telehealth Network. Opioid Use Disorder ECHO. Opioid Use Disorder in the Hospitalized Patient. Online education. |
| August 26, 2022 | American College of Medical Toxicology Board Review Course. Lectures on Miscellaneous Toxins and Dermatology and Pathology |
| August 31, 2022 | Centene Corporation. Management of OUD in the Emergency Department and Hospital |
| September 22, 2022 | Pulmonary Critical Care Medicine Grand Rounds. Toxicology for the ICU. An Update on Antidotes. St. Louis, MO. |
| September 30, 2022 | American College of Emergency Physicians Pre-conference. Harm Reduction. San Francisco, CA. |
| September 30, 2022 | American College of Emergency Physicians Pre-conference. Treatment of Pain in Patients on Medications for Opioid Use Disorder. San Francisco, CA. |
| October 17, 2022 | Missouri Telehealth Network Suicide Prevention in Health Care ECHO. OUD and suicidality. Webinar. |
| October 18, 2022 | University of California Los Angeles Emergency Medicine Grand Rounds. Metals in the Emergency Department |
| November 18, 2022 | Total Tox Course. Metals. Live and asynchronous course. |

| March 19, 2023 | Missouri Telehealth ECHO. Buprenorphine. Webinar. |
|---|---|
| April 14, 2023 | American Society of Addiction Medicine Annual Meeting. Withdrawal and Overdose: What to Expect form Xylazine Drug Supply Adulteration. |
| April 16, 2023 | American Society of Addiction Medicine Annual Meeting. Delta What? An Update on Novel Cannabinoids including Delta-8 and 10 THC. |
| September 18, 2023 | Missouri Telehealth ECHO. Pain Management and OUD. Webinar. |

**Advanced Live Support Skills Certification**

| | |
|---|---|
| Basic Life Support (BLS) | provider |
| Advanced Cardiac Life Support (ACLS) | provider |
| Pediatric Advanced Life Support (PALS) | instructor |
| Advanced Trauma Life Support (ATLS) | provider |
| Basic Disaster Life Support (BDLS) | provider |

**CONSULTING RELATIONSHIPS AND BOARD MEMBERSHIPS:**

| | |
|---|---|
| 2007-2008 | Missouri College of Emergency Physicians Resident Board Member |
| 2011-2022 | Missouri College of Emergency Physicians Board of Directors |

          2016-2018     Vice President of the Missouri College of Emergency Physicians
          2018-2020     President of the Missouri College of Emergency Physicians
          2020-2022     Immediate Past President of the Missouri College of Emergency Physicians

| | |
|---|---|
| 2015-2022 | HAZMAT physician St. Louis Metro US&R System |
| 2015-2022 | Midwest Society of Addiction Medicine Board of Directors (Secretary) |
| 2016-present | Board of Directors for the American College of Medical Toxicology |
| 2018-2023 | State Targeted Response Physician Consultant in Missouri |
| 2018 | Centene Opioid Advisory Council |
| 2019-2022 | American College of Emergency Physicians Board of Governors Pain and Addiction Care in the Emergency Department (PACED) |
| 2022-2023 | Saint Louis Metropolitan Medical Society Council |

**RESEARCH SUPPORT:**

Governmental

   a. NIDA National Early Warning System Network (iN3): An Innovative Approach. R56. Local Site Coordinator. 2014. 1 year. $2000 + enrollment fee per patient.
   b. CDC SHEPheRD Program 2019 Domain 1-A002. Increasing Use of Medication Assisted Treatment to Address OPIOID Use Among Patients with Bacterial and Fungal Infections Related to Injection. Co-investigator. 8/2019-2/25/2021. $787,685.00
   c. SAMHSA Implementation of Initiatives in Medical Student and Resident Education for Improved Access to Medication-assisted Treatments for Opioid Use Disorder. Grant number: 1H79TI082566-01. Sub-I for the study. Co-investigator. $447,313 over 3 years
   d. CDC SHEPheRD Program 2019 Domain 1-A004. Increasing use of medication assisted treatment to address opioid use among patients with bacterial and fungal infections related to injection drug use-counties with high population rural residents. Co-investigator 8/29/19-2/28/2021.

Non-governmental
   a.   Faculty advisor: MoCEP grant. Pyroglutamic acid concentrations in patients with toxic
        acetaminophen ingestions. 2012-2014. $1312.50
   b.   Faculty advisor: MoCEP grant. Investigating the Effectiveness of Low Dose Ketamine to
        Control Acute Pain in the Emergency Room.  2014-2015. $2500.
   c.   Primary investigator: Division grant. Investigating the Effectiveness of Low Dose Ketamine
        to Control Acute Pain in the Emergency Room. 2014-2015.
   d.   Primary investigator: Site investigator for the Prospective, open-label study of Andexanet alfa in
        patients receiving a factor Xa inhibitor who have acute major bleeding (ANNEXA-4). Industry
        funded research by Portola Pharmaceuticals.  2015-2018
   e.   Pfizer educational grant. September 2016.
   f.   A prospective Examination of the Predictive Utility of Subjective Effects of Initial Opioid Use.
        IRB#: 201703037. JIT grant #JIT452. Sub-I.
   g.   Barnes Jewish Hospital Foundation Grant. A novel, comprehensive strategy to improve
        identification and treatment for opioid use disorder in the Barnes Jewish Hospital ED, Inpatient,
        and Outpatient settings. $284,927.50.
   h.   Site PI for 180513 ANNEXA-I trial. RCT comparing andexanet alpha to PCC for
        intracranial hemorrhage.
   i.   NIDA CTN protocol 0099 "Emergency Department-Initiated Buprenorphine Validation
        Network Trial-ED INNOVATION." Site PI. $381,104
   j.   Acetaminophen study. Accepted for inclusion. Site Primary Investigator at Washington
        University.


Sub-investigator/team member – as part of being research physician I am a sub investigator on all
interventional studies conducted by the ECRC

**TEACHING TITLE AND RESPONSIBILITIES:**

| | |
|---|---|
| 2011-2013 | Assistant Director Medical Toxicology Fellowship |
| 2011-2015 | Practice of Medicine Year 1 Heart Sounds and Murmur Skills Group Leader |
| 2011-2016 | Practice of Medicine Year 1 Small Group Facilitator |
| 2011-2016 | Practice of Medicine Year 1 Clinical Mentor |
| 2011-2018 | Toxicology Scholar Track Director |
| 2011-2018 | Medical Toxicology Resident Rotation Director |
| 2012- 2014 | Emergency Medicine Resident Family Leader |
| 2012-2017 | Medical Toxicology Medical Student Selective Course Master |
| 2013-2015 | Medical Student Advisor Lowry-Moore Academic Society |
| 2013-2016 | Capstone Course Simulated Sessions and Mock Pages |
| 2013-2023 | Medical Toxicology Fellowship Director |
| 2013-2021 | Medical Student Saturday Morning Free Clinic Supervising Physician |
| 2013-2021 | Clinical Competency Committee for Emergency Medicine Residency |
| 2015 | Practice of Medicine Year 1 Heart Sounds and Murmur Skills Director (responsible for lecture and arranging small groups) |

| 2015-2017 | Medical Toxicology Telemedicine Director |
| 2015-2023 | Co-Director of Medical Toxicology and Addiction Outpatient Clinic |
| 2015-2021 | Advisory Dean in the Office of Student Affairs Washington University School of Medicine |
| 2021-2023 | Gateway Coach in the Office of Student Affairs Washington University School of Medicine |

**Conferences Organized**

| March 6, 2012 | Saint Louis Regional Combined Emergency Medicine Conference Co-director. Toxicologic Emergencies. |
| September 8-10, 2012 | American College of Medical Toxicology Board Review Course, Organizer |
| September 25, 2012 | Saint Louis Regional Combined Emergency Medicine Conference, Co-director. Neurologic Emergencies. |
| September 20-22, 2014 | American College of Medical Toxicology Board Review Course, Organizer |
| September 29-October 1, 2016 | American College of Medical Toxicology Board Review Course, Co-Director |
| August 22, 2017 | Larry Lewis 1st Annual Health Policy Symposium. Course, Co-Organizer |
| August 7, 2018 | Larry Lewis 2nd Annual Health Policy Symposium. Course, Co-Organizer |
| September 5-7 2018 | American College of Medical Toxicology Board Review Course, Co-Director |
| September 5-7, 2018 | American College of Medical Toxicology Total Tox Course, Co-Organizer |
| August 6, 2019 | Larry Lewis 3rd Annual Health Policy Symposium. Course, Co-Organizer |
| March 5, 2020 | Washington University CME. Opioid Use Disorder in the Hospitalized Patient 2020. Course, Organizer. |
| August 25, 2020 | Larry Lewis 4th Annual Health Policy Symposium. Course, Co-Organizer |
| August 26-28, 2020 | American College of Medical Toxicology Board Review Course, Co-Director |
| October 13, 2021 | American College of Medical Toxicology Pre-symposium for the North American Clinical Congress of Toxicology. Organization committee. |
| August 23-26, 2022 | American College of Medical Toxicology Board Review Course, Co-Director |
| August 2022 | Larry Lewis 5th Annual Health Policy Symposium. Course, Co-Organizer |

**Abstracts**

1. **Schwarz ES**, Mullins ME. "A Study to Evaluate the Accuracy of the Point of Care Glucometer to Measure Glucose in a Cerebral Spinal Fluid Sample" Poster Presentation at MoCEP Combined Clinical Conference, August 2007
2. **Schwarz ES**, Mullins ME. "A Study to Evaluate the Accuracy of the Point of Care Glucometer to Measure Glucose in a Cerebral Spinal Fluid Sample" Poster Presentation at SAEM Midwest Regional Meeting, September 2007
3. **Schwarz ES**, Mullins ME, Brooks CB. "Ciguatera poisoning successfully treated with delayed

mannitol" Presented at North American Congress of Clinical Toxicology meeting in October 2008

4. Horowitz D, **Schwarz E**, Scott M, Lewis L. "Glycemic Control is Improved in Emergency Department Patients with an Identifiable Primary Care Provider" Ann Emerg Med 2009;54(3): S121. Poster presentation at the American College of Emergency Medicine Scientific Assembly 2009.

5. Velez L, **Schwarz E**. "Trends in Antiepileptic Drug Exposures Reported to Poison Control Centers" Presented at Texas College of Emergency Medicine annual meeting, April 2010

6. **Schwarz ES**, Velez L. "Methadone Associated Cerebellitis" Clin Tox 2010;48:655. NACCT, October 2010.

7. **Schwarz ES**, Roth B, Feng S, Wax PM. "Pediatric Monosodium Methylarsonate Exposure with Significantly Elevated Urinary Arsenic Levels" Clin Tox 2010;48:623. Poster presentation at NACCT, October 2010.

8. **Schwarz ES**, Hail SL, Aulds M. "Syndrome of Inappropriate Antidiuretic Hormone complicating Pediatric Ingestion of Fluoxetine" Poster presentation at NACCT, October 2011.

9. **Schwarz ES**, Wax PM, Kleinschmidt KC, Chung W, Cantu G. "Mass Poisoning with Sodium Azide (NaN$_3$) at a Restaurant". Poster presentation at NACCT, October 2011

10. **Schwarz ES**, Kleinschmidt KC, Gardner M. "Acute Mental Status Changes after Ingesting Levamisole" Poster presentation at NACCT, October 2011

11. **Schwarz ES**, Wax PM, Kleinschmidt KC. "Laboratory Variation in Reporting Urine Arsenic Levels" Poster presentation at NACCT, October 2011

12. Arroyo-Plasencia AM, Halcomb SE, Dribben W, **Schwarz ES**. "Organophosphate exposure complicated by intermediate syndrome" Poster presentation at EAPCCT, May 2012.

13. **Schwarz ES**, Halcomb EL, Sampson C, Arroyo-Plasencia A, McCammon C, Stenger A, Krehbiel N, Abdelmalek D. "Massive diphenhydramine overdose presenting with seizures and ventricular tachycardia rapidly improved with intralipid therapy" Poster presentation at EAPCCT, May 2012

14. **Schwarz ES**, Wax PM. "Medical Toxicology Referrals in the Acute Care Setting." Poster presentation at NACCT, October 2012.

15. Liss D, **Schwarz ES**, Paden M, Mullins ME. "Which Laboratory Values Correlate with 5- Oxoprolinemia after Acute Paracetamol Poisoning?" Poster presentation at ACMT Spring Conference, March 2013.

16. Bavolek R, Aubin C, **Schwarz ES**. "Teams Teaching Other Teams: An Interactive Educational Session" Moderated Poster Presentation at CORD Academic Assembly, March 7, 2013.

17. Detmer M, **Schwarz ES**, Cohn BG. "Prolonged QTc and ventricular tachycardia after ibogaine ingestion" Poster presentation at EAPCCT Annual Congress May 2013

18. Bavolek R, Aubin C, **Schwarz ES**. "Teams Teaching Other Teams: An Interactive Educational Session" Oral Presentation at SAEM, May 2013.

19. Arroyo AM, **Schwarz ES**, Velez LI, Ordonez J, Wang D, Hail SJ, Kao LW, Kleinschmidt KC, Young A. "A Survey about Clinician's Knowledge of the Use of Physostigmine in Patients Presenting After an Overdose" Great Plains Regional SAEM Research Meeting. September 2013.

20. Arroyo AM, **Schwarz ES**, Velez LI, Ordonez J, Wang D, Hail SJ, Kao LW, Kleinschmidt KC, Young AC. "A Survey about Clinician's Knowledge of the Use of Physostigmine in Patients Presenting After an Overdose" North American Clinical Congress of Toxicology. September 2013.

21. Watkins W, **Schwarz ES**, Arroyo AM. "The Use of Physostigmine by Toxicologist in

Anticholinergic Toxicity" American College of Medical Toxicology Scientific Assembly. March 30, 2014.

22. Liss D, **Schwarz ES**, Arroyo AM, Velez LI, Ordonez J, Wang D, Hail SJ, Kao LW, Kleinschmidt KC, Young AC. "A Survey of Clinicians Knowledge Regarding Physostigmine Use in Overdose" American College of Medical Toxicology Scientific Assembly. March 29, 2014.

23. Arroyo AM, Wang D, **Schwarz ES**, Velez LI, Ordonez J, Hail SJ, Kao LW, Kleinschmidt KC, Young AC. "Physostigmine: A Survey of Clinician Knowledge" Society of Hospital Medicine Annual Meeting. March 25, 2014.

24. Theilen AB, **Schwarz ES**, Poirier R, Mullins ME, Arroyo AM. "How often do North American Crotalid Bites Need Surgical Management" Poster presentation at the European Association of Poisons Centres and Clinical Toxicologists (EAPCCT) Annual meeting. May 2014.

25. Abdelmalek D, Mullins ME, Arroyo-Plasencia AM, **Schwarz ES**, Weber J, Sampson CS, Thornton SL. "Factitious Snake Envenomation and Narcotic Seeking Behavior" Poster presentation at the North American Clinical Congress of Toxicology (NACCT) Scientific Assembly. October 2014.

26. **Schwarz ES**, Theilen A. "Triiodothyronine associated cardiomyopathy" Poster presentation at the North American Clinical Congress of Toxicology (NACCT) Scientific Assembly. October 2014.

27. Watkins J, **Schwarz ES**, Arroyo-Plasencia AM, Mullins ME. "The Differential Use of Physostigmine by Toxicologists in Anticholinergic Toxicity based on Causative Agent" Poster presentation at the North American Clinical Congress of Toxicology (NACCT) Scientific Assembly. October 2014.

28. Musisca N, Arroyo-Plasencia AM, Mullins ME, **Schwarz ES**. "Kids Get into the Darndest Things" Society of Hospital Medicine Annual Meeting. March 2015.

29. Paden M, Mullins ME, **Schwarz ES**. "5-Oxoproline Concentrations in Acetaminophen Overdose" Missouri College of Emergency Physicians General Meeting. April 18, 2015.

30. Paden M, Mullins ME, **Schwarz ES**. "5-Oxoproline Concentrations in Acetaminophen Overdose" European Association of Poisons Centres and Clinical Toxicologists (EAPCCT) Annual meeting. May 2015.

31. Arroyo-Plasencia AM, **Schwarz ES**. "Street Drug Exposures in Hospitalized Patients as Reported to the Toxicology Investigators Consortium Case Registry" North American Clinical Congress of Toxicology (NACCT) Scientific Assembly. October 2015.

32. Liss D, Halcomb SE, Froelke B, **Schwarz ES**. "Spontaneous intraprenchymal cerebral hemorrhage in a patient taking Mirtagyna speciosa (kratom)" North American Clinical Congress of Toxicology (NACCT) Scientific Assembly. October 2016.

33. Liss D, Arroyo-Plascencia AM, McGill M, Eifling K, Mullins ME, **Schwarz ES**. "False Positive Cocaine Immunoassay Screen in a Patient Taking Levomilnacipran" North American Clinical Congress of Toxicology (NACCT) Scientific Assembly. October 2016.

34. Partee YM, Liss DB, Mullins ME, **Schwarz ES**, Tominack RL, Weber JA. "Comparing the Online Poison Triage System to a Poison Control Center" American College of Medical Toxicology Annual Scientific Meeting. March 2017.

35. Arroyo AM, Liss DB, **Schwarz ES**, Mullins ME. "Successful treatment of persistent ciguatera with intravenous mannitol" European Association of Poisons Centres and Clinical Toxicologists (EAPCCT) Annual meeting. May 2017.

36. Hafez Z, **Schwarz ES**, Mullins ME. "Capsaicin cream in the treatment of cannabinoid hyperemesis syndrome; relief from the "joint" pain" European Association of Poisons Centres and Clinical Toxicologists (EAPCCT) Annual meeting. May 2017.

37. Yu M, O'Grady L, Mullins M, **Schwarz E**. "Adverse events observed in patients treated for acetaminophen ingestion with the one-bag method of N-acetylcysteine" North American Clinical

Congress of Toxicology. October 2017.

38. Shafer S, Cao D, **Schwarz ES**, Wax PM. Career Satisfaction in Medical Toxicology: Analysis of the 2015 American College of Medical Toxicology Longitudinal Study of Medical Toxicologists. American College of Medical Toxicology Annual Scientific Meeting 2018. Washington, DC. April 2018.

39. Cao D, **Schwarz ES**, Wax PM. American College of Medical Toxicology Longitudinal Survey of Medical Toxicologists. American College of Medical Toxicology Annual Scientific Meeting 2018. Washington, DC. April 2018.

40. Srivastava B, Foraker R, Glowinski A, Gold M, **Schwarz ES**, Bierut L. Opioid Overdoses and Suicidality in an Emergency Setting. The College on Problems of Drug Dependence 2018 Annual Meeting. San Diego, CA. June 2018.

41. **Schwarz ES**. Asystole Complicating a Pediatric Cannabinoid Exposure. The North American Clinical Congress of Toxicology 2018. Chicago, IL. September 2018.

42. Allen CM, Sinnott J, Mueller K, **Schwarz ES**. Opioid Prescribing Patterns in an Urban Emergency Department. American Academy of Emergency Medicine Scientific Assembly. March 2019.

43. Marks L, **Schwarz ES**, Liss D, Satish M, Warren DK, Liang S, Durkin M. A Comparison of Medication Assisted Therapy Treatment Strategies for Opioid Use Disorder in Persons who Inject Drugs and are Hospitalized with Serious Infections. Open Forum Infectious Diseases 2019; 6:S126.

44. Yeary J, Owen E, Robbins B, Pauley N, Keeperman J, **Schwarz ES**. Weight-Based Analagosedation with Opioid Infusions as a Predictor of Outpatient Use. 2020 Critical Care Congress. Orlando, FL. February 2020.

45. Owen E, Yeary J, Robbins B, Pauley N, Keeperman J, **Schwarz ES**. Analagosedation in Opioid Naïve versus Tolerant Patients. 2020 Critical Care Congress. Orlando, FL. February 2020.

46. Kessler S, Liss DB, **Schwarz ES**. In-Hospital Use of Medication for Addiction Treatment for Opioid Use Disorder. American College of Medical Toxicology Annuals Scientific Meeting. New York, New York. March 14, 2020. Moderated poster.

47. Baumgartner K, **Schwarz ES**. Treatment of beta blocker and calcium channel antagonist poisoning by medical toxicologists. American College of Medical Toxicology Annuals Scientific Meeting. New York, New York. March 2020.

48. Fishburn S, **Schwarz ES**. Characterizing Occupational and Environmental Exposures in the ACMT Toxicology Investigators Consortium Database. American College of Medical Toxicology Annual Scientific Meeting. New York, New York. March 15, 2020. Moderated poster.

49. Levine M, **Schwarz ES**, Pizon A, Wills B, Wiegand T, Minns A, Claudius IA, Gao T, Falter T, Shao S, Terp S, Thomas S. Assessing the Impact of Legislative Changes on the Rates of Acetaminohen- Induced Hepatotoxicity. American College of Medical Toxicology Annual Scientific Meeting. New York, New York. March 13, 2020. Moderated poster.

50. Nofzinger J, Heilman A, Mueller K, **Schwarz ES**. Naloxone Prescribing Practices from the ED. AAEM 26th Annual Scientific Assembly. Phoenix, AZ. April 21, 2020.

51. Filip A, Berg S, Mullins ME, **Schwarz ES**. Fomepizole as an Adjunctive Therapy for Acetaminophen Poisoning: Cases Reported to the Toxicology Investigators Consorium (ToxIC) Database 2015-2020. Moderated Poster. ACMT Annual Scientific Meeting. April 2021.

52. Basse J, Greene S, Ruha AM, Baumgartner K, Mullins ME , Wax P, Brent J, Campleman S, **Schwarz ES**. Clinical Presentations, Treatments, and Outcomes of Exotic Snake Envenomations in the United States. ACMT Annual Scientific Meeting. April 2021.

53. Baumgartner K, Mullins M, **Schwarz E**. Profound Hypertriglyceridemia due to Intravenous Lipid Emulsion Administration Error Treated with Lipophoresis. ACMT Annual Scientific

Meeting. April 2021.

54. Baumgartner K, Galati B, Kelly J, **Schwarz ES**. Transdermal buprenorphine for in-hospital transition from full agonist opioids to sublingual buprenorphine: a retrospective case series. Poster Presentation. North American Clinical Congress of Toxicology. Atlanta, Georgia. October 2021.

55. **Schwarz ES**, Aldy K, Meyn A, Campleman S, Li S, Krotulski A, Logan B, Wax P, Brent J, Manini A, on behalf of the ToxIC Fentalog Study Group. Clinical Effects and Treatment of Patients Following Overdoses of Brorphine and Butyrylfentanyl. North American Clinical Congress of Toxicology. Atlanta, Georgia. October 2021.

56. **Schwarz ES**, Spyres MB, Wax P, Aldy K, Brent J, on behalf of the ToxIC Investigator's Consortium. Teletoxicology in the Time of COVID. North American Clinical Congress of Toxicology. Atlanta, Georgia. October 2021.

57. Amaducci A, Aldy K, Meyn A, Campleman S, Li S, Krotulski A, Logan B, Hughes A, Pizon A, Shulman J, **Schwarz E**, Wax P, Brent J, Manini A, on behalf of the ToxIC Fentalog Study Group. Clonazolam and Fentanyl: What's in Your Local Drug Supply? North American Clinical Congress of Toxicology. Atlanta, Georgia. October 2021.

58. Levine M, Aldy K, Meyn A, Campleman S, Abston S, Krotulski A, Logan B, Amaducci A, Hughes A, **Schwarz ES**, Pizon A, Wax P, Brent J, Manini A, on behalf of the ToxIC Fentalog Study Group. Adulteration of Illicit Drugs in ED Patients with Acute Opioid Overdose: A Multicenter Cohort. North American Clinical Congress of Toxicology. Atlanta, Georgia. October 2021.

59. Groff V, Baumgartner K, Cole J, Lobanov OV, **Schwarz ES**. Effects of Physostigmine on Antimuscarinic Delirium Captured on EEG. North American Clinical Congress of Toxicology. Atlanta, Georgia. October 2021.

60. Levine M, Pathan S, Cao D, Filip A, Cohen N, **Schwarz E**, Finkelstien Y, Thomas C, Thomas S. Caustic Ingestions: Does the Reason for the Ingestion Matter? North American Clinical Congress of Toxicology. Atlanta, Georgia. October 2021.

61. Levine M, Thomas C, **Schwarz E**, Cohen N, Cao D, Pathan S, Filip A, Finkelstein Y, Thomas S. Caustic Ingestions: Acidic vs. Basic Ingestions. North American Clinical Congress of Toxicology. Atlanta, Georgia. October 2021.

62. Cohen N, Mathew M, Davis A, Brent J, Wax P, Schuh S, Freedman SB, Forberg BA, **Schwarz ES,** et al. On behalf of the Toxic Study Group. Predictors of Severe Outcome Following Opioid Overdose in Children: A Case-Control Study of a Prospective Toxicology Surveillance Registry. North American Clinical Congress of Toxicology. Atlanta, Georgia. October 2021.

63. Levine M, Aldy K, Meyn A, Campleman S, Abston S, Krotulski A, Logan B, Amaducci A, Hughes A, **Schwarz ES**, Pizon A, Wax P, Brent J, Manini AF, on behalf of the ToxIC Fentalog Study Group. Adulteration of Illicit Drugs in ED Patients with Acute Opioid Overdose: A Multicenter Cohort. American College of Emergency Physicians Scientific Assembly. Oral abstract. Boston, MA. October 2021.

64. **Schwarz ES**, Aldy K, Meyn A, Campleman S, Li S, Logan B, Wax P, Brent J, Manini F, on behalf of the ToxIC Fentalog Study Group. Tramadulterant: Tramadol Detected in Patient's Serum Following an Acute Opioid Overdose. American College of Medical Toxicology Annuals Scientific Meeting. San Antonio, TX. March 2022.

65. Stephens RJ, Filip A, Baumgartner KT, **Schwarz ES**, Liss DB. Cardiac Arrest Following a Benzonatate Overdose with a Rapidly Narrowing QRS Interval. American College of Medical Toxicology Annuals Scientific Meeting. San Antonio, TX. March 2022.

66. Liss DB, Galati BM, Roper SM, Ancona RM, Kelly JC, Godsy G, Rogers CE, **Schwarz ES**. Universal Liquid Chromatography Tandem Mass Spectrometry Urine Drug Screening in Routine Prenatal Visits for Pregnant Patients. American College of Medical Toxicology Annuals Scientific

Meeting. San Antonio, TX. March 2022.

67. **Schwarz ES**, Aldy, K, Campleman S, Li S, Meyn A, Abston S, Wax P, Brent J, on behalf of the Toxicology Investigator's Consortium. Utilization of Telehealth by Medical Toxicologists. North American Clinical Congress of Toxicology 2022. San Francisco, CA. September 2022.

68. Semple M, Schwarz E, Baumgartner K. *Bothriechis marchi* envenomation treated with crotalidae immune F(ab')$_2$ antivenom. North American Clinical Congress of Toxicology 2022. San Francisco, CA. September 2022.

**Editorial**

1. **Schwarz ES**. PEPID 2013 update: edited chapters on multiple sclerosis, fever age 3-36 months, masotiditis, perforated tympanic membrane, and tinea corporis.

**Publications**

**Case Reports**

1. **Schwarz ES**, Mullins ME, Brooks CB. Ciguatera poisoning successfully treated with delayed mannitol. Ann Emerg Med. 2008 Oct;52(4):476-7.[PMID:18809112]
2. **Schwarz ES**, Barra M, Liao MM. Successful Resuscitation of a Patient in Asystole after a TASER Injury Using a Hypothermia Protocol. Am J Emerg Med2009;27(4):515.e1-2.[PMID:19555635]
3. Mullins ME, **Schwarz ES**. No need to change treatment of early presenting patients with acetaminophen overdose. Clin Tox 2012;50(1):78.[PMID:22115058]
4. **Schwarz ES**, Chung WM, Wax PM, et al. MMWR Morb Mortal Wkly Rep. Sodium azide poisoning at a restaurant - Dallas County, Texas, 2010. MMWR June 29, 2012;61(25):457-460 [PMID: 22739775]
5. Abdelmalek D, **Schwarz ES**, Halcomb SE, Sampson C, Arroyo-Plasencia A, McCammon C, Stenger A, Krehbiel N, and Mullins ME. Life threatening diphenhydramine toxicity presenting with seizures and a wide complex tachycardia improved with intravenous fat emulsion. Am J Ther 2014.21(6):542-4. [PMID:24096706]
6. Roth B, **Schwarz ES**, Feng S, Young AC. Good Outcomes despite High Urinary Arsenic Concentrations from Overdose with Crab Grass Killer. J Med Tox 2011.7(2):158-61.[PMID: 21318449]
7. Young A, **Schwarz E**, Genevieve M, Obafemi A, Feng SY, Kane C, Kleinschmidt K. Cardiotoxicity Associated with the Synthetic Cannabinoid, K9, with Laboratory Confirmation. Am J Emerg Med 2012;30(7):e5-7.[PMID: 21802885]
8. Young AC, **Schwarz ES**, Velez LI, Gardner M. Two cases of disseminated intravascular coagulation due to "bath salts" resulting in fatalities, with laboratory confirmation. Am J Emerg Med 2013.31(2):445.e3-5. [PMID: 22867829]
9. **Schwarz ES**, Thoelke M. Altered Mental Status and Hyperammonenemia after Overdose of Valproic Acid with Therapeutic Valproic Acid Concentrations. International Journal of Clinical Medicine 2014;5(10)[ID:2100587][ DOI: 10.4236/ijcm.2014.510075]
10. Liss DB, **Schwarz ES**, Mullins ME. Sodium Acetate Infusion for Serum and Urine Alkalinization. Ann Emerg Med 2017;70(4):601-602.[PMID: 28946986]
11. Liss DB, Phillips TM, Pizon AF, **Schwarz ES**. Delayed Seizures in Bupropion Overdose with Concomitant Ingestion of Alpha-2 Agonist: A Case Report. Toxicology Communications 2017;1(1). https://doi.org/10.1080/24734306.2017.1364839
12. Mullins ME, Liss DB, **Schwarz ES**, Arroyo-Plasencia A. 61-year-old woman. nausea. paresthesia. cold allodynia. Dx? J Fam Pract 2022;71(3):138-140. Doi:10.12788/jfp.0376.
13. Stephens RJ, Filip AB, Baumgartner KT, **Schwarz ES**, Liss DB. Benzonate Overdose Presenting as Cardiac Arrest with Rapidly Narrowing QRS Interval. J Med Toxicol 2022. Online ahead of print. [PMID 35790679]

**Articles**

1. Forrester M, **Schwarz ES**, Kleinschmidt KC, Young AC. Synthetic Cannabinoid Exposures Reported to Texas Poison Centers. J Addict Dis 2011;30(4):351-358.[PMID:22026527]
2. Horwitz DA, **Schwarz ES**, Scott MG, Lewis LM. Emergency Department Patients with Diabetes Have Better Glycemic Control when They have an Identifiable Primary Care Provider. Acad Emerg Med 2012;19(6):650-5.[PMID:22632540]
3. Forrester M, Kleinschmidt KC, **Schwarz ES**, Young AC. Synthetic Cannabinoid and

Marijuana Exposures Reported to Poison Centers. Hum Exp Toxicol 2012;31(10):1006-11.[PMID:22859662]

1. Liss DB, Paden MS, Schwarz ES, Mullins ME. What is the clinical significance of 5-oxoprline (pyroglutamic acid) in high anion gap metabolic acidosis following paracetamol (acetaminophen) exposure? ClinToxicol (Phila) 2013;51(9):817-27. 2013. [PMID:24111553]
2. **Schwarz ES**, Cohn BG. Is Intravenous Acetylcysteine More Effective than Oral Administration for the Prevention of Hepatotoxicity in Acetaminophen Overdose? Ann Emerg Med. 2014;63(1):79-80. [PMID: 23927960]
3. **Schwarz ES**, Chung WM, Wax PM, Kleinschmidt KC, Sharma K, Cantu G, Spargo E. Multiple Poisonings with Sodium Azide at a Local Restaurant. J Emerg Med 2014;46(4):491-494. [PMID: 24262061]
4. **Schwarz ES**, Cohn BG. Is Dexamethasone as Effective as Prednisone or Prednisolone in the Management of Pediatric Asthma Exacerbations? Ann Emerg Med 2015;65(1):81- 2.[PMID:24954577]
5. Watkins W, **Schwarz ES**, Arroyo-Plasencia AM, Mullins ME, on behalf of the ToxIC Investigators. The Use of Physostigmine by Toxicologists in Anticholinergic Toxicity. J Med Toxicol 2015;11(2):179- 184.[PMID: 25510306]
6. Kolinsky D, **Schwarz ES**. Are New Oral Anticoagulants Safer Than Vitamin K Antagonists in the Treatment of Venous thromboembolism? Ann Emerg Med 2015;67(6):702-3.[PMID: 26707884]
7. Kolinsky D, Keim SM, Cohn BG, **Schwarz ES**, Yealy DM. Is a Prehospital Treat and Release Protocol for Opioid Overdose Safe? Journal of Emergency Medicine 2016.52(1):52-58.[PMID: 27769615]
8. Connolly SJ, Milling TJ, Eikelboom JW, **ANNEXA-4 Investigators**. Andexanet Alfa for Acute Major Bleeding Associated with Factor Xa Inhibitors. N Engl J Med 2016;375(12):1131-41. [PMID: 27573206]
9. Willman MW, Liss DB, **Schwarz ES**, Mullins ME. Do Heroin Overdose Patients Require Observation after Receiving Naloxone? Clin Tox 2017;55(2): 1-7. [PMID: 27849133]
10. **Schwarz ES**, Kopec TK, Wiegand TJ, Wax PM, Brent J. Should we be using the poisoning severity score? J Med Toxicol 2017;13(2):135-45.[PMID:28283941]
11. Dezieck L, Hafez Z, Conicella A, Blohm E, O'Connor MJ, **Schwarz ES**, Mullins ME. Resolution of cannabis hyperemesis syndrome with topical capsaicin in the emergency department: a case series. Clin Toxicol (Phila) 2017;55(8):908-913.[PMID: 28494183]
12. Farrugia LA, Rhyee SH, Calello DP, Campleman SL, Riederer AM, Malashock HR, Pizon A, Wiegand T, Wax PM, Brent J, **Toxicology Investigators Consortium Study Group**. The Toxicology Investigators Consortium Case Registry-the 2016 Experience. J Med Toxicol. 2017. [PMID: 28766237]
13. Thomas B, Sebok-syer SS, Krishnan K, **the METRIQ Study Collaborators**, et al. Individual Gestalt Is Unreliable for the Evaluation of Quality in Medical Education Blogs: A METRIQ Study. Ann Emerg Med 2017;70(3):394-401.[PMID: 28262317]
14. Lewis L, Carpenter CR, **Schwarz ES**, Jotte RS, Waller C, Winograd R, Williams R, Stenger S, Rehder H, Governick S, Giuffra L. The Opioid Crisis in Missouri: A Call to Action for Physicians, Legislators, and Society. MO Medicine 2017;114(6):440-6. [PMID: 30228662]
15. Carpenter CR, Lewis L, Jotte R, **Schwarz ES**. A Bridge to Nowhere? Challenging Outpatient Transitions of Care for Acute Pain Patients in the Opioid Epidemic Area. MO Medicine 2018.[PMID: 30228730]

16. Karlow N, Schlaepfer CH, Stoll C RT, Doering M, Carpenter CR, Colditz GA, Motov S, **Schwarz ES**. A Systematic Review and Meta-Analysis of Ketamine as an Alternative to Opioids for Acute Pain in the Emergency Department. Academic Emergency Medicine 2018. In press. [PMID: 30019434]

17. Kao L, Pizon A, **ACMT Fellowship Directors Committee**. Medical Toxicology Fellowship Training is Available to Applicants from Many Specialties. J Med Toxicol 2018;14(3):177-178. [PMID: 29785474]

18. Farrugia LA, Rhysse SH, Campleman SL, Judge B, Kao L, Pizon A, Porter L, Riederer AM, Wiegand T, Calello D, Wax PM, Brent J, **Toxicology Investigators Consortium (ToxIC) Study Group**. The Toxicology Investigators Consortium Case Registry-the 2017 Annual Report. J Med Toxicol 2018;14(3):182-211. [PMID: 30094774]

19. Thoma B, Sebok-Syer SS, Colmers-Gray I, Sherbino J, Ankel F, Trueger NS, Grock A, Siemens M, Paddock M, Purdy E, Milne WK, Chan TM, **the METRIQ Study Collaborators**. Quality Evaluation Scores are no more Reliable than Gestalt in Evaluating the Quality of Emergency Medicine Blogs; A METRIQ Study. Teach Learn Med 2018;30(3):294-302. [PMID: 29381099]

20. Thoma B, Chan TM, Kappur P, Sifford D, Siemens M, Paddock M, Ankel F, Grock A, Lin M, **the METRIQ Study Collaborators**. The Social Media Index as an Indicator of Quality for Emergency Medicine Blogs: A METRIQ Study. Ann Emerg Med 2018;72(6):696-702. [PMID: 29980461]

21. Marks LR, Munigala S, Warren DK, Liang SY, **Schwarz ES**, Durkin MJ. Addition medicine consultations reduce readmission rates for patients with serious infections from opioid use disorder. Clinical Infectious Diseases 2019;68(11):1935-1937.[PMID: 30357363]

22. Lange J, Gaddis G, Varner E, Schmidt S, Cohen R, **Schwarz E**. Residents Access to the St. Louis County Prescription Drug Monitoring Program: Why PDMPs Matter and How to Gain Access. MO Medicine 2018; 115(6):487-493.[PMID: 30643325]

23. Connolly SJ, Crowther M, Eikelboom JW, Gibson M, Curnutte JT, Lawrence JH, Yue P, Bronson MD, Lu G, Conley PB, Verhamme P, Schmidt J, et al, **ANNEXA-4 Investigators**. Full Study Report of Andexanet Alfa for Bleeding Associated with Factor Xa Inhibitors. N Engl J Med 2019;380(14):1326- 1335.[PMID:30730782]

24. Mullins ME, Jones MS, Nerenz RD, **Schwarz ES**, Dietzen DJ. 5-Oxoproline concentrations in acute acetaminophen overdose. Clin Toxicol (Phila) 2020;58(1):62-64. [PMID:31050299]

25. Wax PM, Stolbach AI, **Schwarz ES**, Warrick BJ, Wiegand TJ, Nelson LS. ACMT Position Statement: Buprenorphine Administration in the Emergency Department. J Med Toxicol 2019;15(3):215- 216.[PMID: 31087272]

26. **Schwarz ES**, Laes JR, Wiegand TJ. A New Way Forward in the Emergency Department. J Med Toxicol 2019;15(4):220-222. [PMID:31278586]

27. Marino R, Perrone J, Nelson LS, Wiegand TJ, **Schwarz ES**, Wax PM, Stolbach AI. ACMT Position Statement; Remove the Waiver Requirement for Prescribing Buprenorphine for Opioid Use Disorder. J Med Toxicol 2019;15(4):307-309. [PMID 31414402]

28. Reynolds WR, **Schwarz ES**. Dentists' Current and Optimal Opioid Prescribing Practices: A Proactive Review. Mo Med 2019;116(5):347-350.[PMID: 31645771]

29. Baumgartner K, Doering M, **Schwarz ES**. Vilazodone Poisoning: A Systematic Review. Clin Tox 2020;58(5):360-67. [PMID: 31777303]

30. Carpenter J, Amirshahi M, Laes J, Nacca N, Nelson L, Perrone JM, **Schwarz ES**, Wiegand T, Wax P. Leadership roles in Opioid Stewardship and the Treatment of Patients with Opioid Use Disorder among Medical Toxicologists. J Med Toxicol 2020;16(2):204-11.[PMID: 31863312]

31. **Schwarz ES**, Moy HP. In acute pain in prehospital settings, opioid and nonopioid analgesics do not differ for pain at 15 or 60 min. Ann Intern Med 2020;172(4):JC20 [PMID: 32066153]

32. Marks LR, Munigala S, Warren DK, Liang SY, **Schwarz ES**, Durkin MJ. Evaluation of partial oral antibiotic treatment for persons who inject drugs and are hospitalized with invasive infections. Clinical Infectious Diseases 2020. [PMID:32239136]

33. Friedman N, Shoshani-Levi M, Brent J, Wad P, Campleman SL, Finkelstein Y, on behalf of the **Toxicology Investigators Consortium**. Fatalities in Poisoned Patients Managed by Medical Toxicologists. Clin Toxicol (Phila) 2020;58(7):688-91. Accepted.

34. Beauchamp GA, Fishbein J, Makar GA, Pechulis RM, Cook MD, Cannon RD, Katz KD, Kincaid H, Carey JL, Greenberg MR, **on behalf of the Toxicology Investigators Consortium**. Sex Differences in Patients with Suicidal Intent that are Managed by Toxicologists: An Analysis of the Toxicology Investigators' Consortium (ToxIC) Registry. Am J Emerg Med 2020;38(2):333-8. [PMID 31706659]

35. Lewis LM, **Schwarz E**, Jotte R, West CP. The Need for an Integrated Approach to Well-Being in Healthcare. MO Medicine;117(2):95-8. [PMID: 32308222]

36. Stolbach A, Mazer-Amirshahi M, **Schwarz ES**, Juurlink D, Wiegand TJ, Nelson LS. ACMT Position Statement: Caring for Patients with Opioid Use Disorder during Coronavirus Disease Pandemic. J Med Toxicol 2020;16:484-6. [PMID: 32748068]

37. Upadhyaya A, Marks LR, **Schwarz ES,** Liang SY, Durkin MJ, Liss DB. Care Cascade for Patients with Opioid Used Disorder and Serious Injection Related Infections. Toxicology Commmunications 2020. Accepted for publication. https://doi.org/10.1080/24734306.2020.1869899.

38. Lewis LM, Carpenter CR, Jotte R, **Schwarz E**. Healthcare Provider Wellness in the Time of COVID and Beyond. Mo Med 2021 Jan-Feb;118(1):13-17.

39. Hawk K, Hoppe J, Ketcham E, LaPietra A, Moulin A, Nelson L, **Schwarz E**, Shahid S, Stader D, Wilson MP, D'Onofrio G. Consensus Recommendations on the Treatment of Opioid Use Disorder in the Emergency Department. Ann Emerg Med 2021.78(3):434-42. [PMID: 34172303]

40. Aldy K, Mustaquim D, Campleman S, Meyn A, Abston S, Krotulski A, Logan B, Gladden MR, Hughes A, Amaducci A, Shulman J, **Schwarz E**, Wax P, Brent J, Manini A, Toxicology Investigators Consortium Fentalog Study Group. Notes from the field: Illicit Benzodiazepines Detected in Patients Evaluated in Emergency Departments for Suspected Opioid Overdose-Four States, October 6, 2020- March 9, 2021. MMWR Morb Mortal Wkly Rep 2021 Aug 27;79(34):1177-9.[PMID: 34437520]

41. Spyres MB, Aldy K, Farrugia LA, King AM, Love JS, Campleman SL, Li S, Amaducci A, **Schwarz E**, Wax PM, Brent J, on behalf of the Toxicology Investigators Consortium Study Group. The Toxicology Investigators Consortium Annual Report. J Med Toxicol 2021.17(4):333-362. [PMID:34535889]

42. Marks LR, Reno H, Liang SY, **Schwarz ES**, Liss DB, Jiang L, Nolan N, Durkin MJ. Value of Packaged Testing for Sexually Transmitted Infections for Persons Who Inject Drugs Hospitalized with Serious Injection Related Infections. Open Forum Infectious Diseases 2021;8(11) [PMID: 34926711]

43. Kessler SH, **Schwarz ES**, Liss DB. Methadone vs. Buprenorphine for In-Hospital Initiation: Which is Better for Outpatient Care Retention in Patients with Opioid Use Disorder? J Med Toxicol 2021.[PMID:34554396]

44. Lewis S, Liang SY, **Schwarz ES**, Liss DB, Winograd RP, Nolan NS, Durkin MJ, Marks LR. Patients with serious injection drug use-related infections who experience patient directed discharges on oral antibiotics have high rates of antibiotic adherence but require multidisciplinary outpatient support for retention in care. *Open Forum Infectious Diseases* 2022;9(20).[PMID: 35106316]

45. Baumgartner K, Salmo E, Liss, D, Devgun J, Mullins M, Galati B, Kelly J, **Schwarz ES**. Transdermal buprenorphine for in-hospital transition from full agonist opioids to sublingual buprenorphine: a retrospective, observational cohort study. *Clin Toxicol (Phila)* 2022;20:1-6. [PMID: 35048759]

46. Kao L, Buns M, Murphy C, **Schwarz E**, on behalf of ACMT Fellowship Directors Committee. Opening Doors to Training Medical Toxicology Fellows from All Residency Backgrounds. *J Med Toxicol* 2022;18:1-3.[PMID: 35006545]

47. Cohen N, Mathew M, Davis A, Brent J, Wax P, Schuh S, Freedman SB, Froberg B, **Schwarz E**, et al. Predictors of Severe Outcome Following Opioid Intoxication in Children. Clin Toxicol (Philadelphia, PA) 2022. Accepted for publication.

48. https://doi.org/10.1177/00031348221078965

49. Filip AB, Berg SE, Mullins ME, **Schwarz ES**. Fomepizole as an Adjunctive Therapy for Acetaminophen Poisoning: Cases Reported to the Toxicology Investigator's Consortium (ToxIC) Database 2015-2020. *Clin Toxicol (Phila)* 2022. [PMID 35510880] doi/full/10.1080/15563650.2022.2070071

50. Nguyen KL, Forbriger J (Winkels J), Forbriger A, **Schwarz ES**. Medications for Opioid Use Disorder Do Help Patients. Mo Med 2022;119(3):271-6. [PMID: 36035557]

**Letters to the editor**
1. Mullins ME, **Schwarz ES**. Re: Remien et al. "Mathematical modeling of liver injury and dysfunction after acetaminophen overdose." Hepatology 2012;56(6):2427-8. [PMID:22806570]

2. **Schwarz ES**, Mullins ME. Response to: "Introduction of an N-acetylcysteine weight-based dosing chart reduces prescription errors in the treatment of paracetamol poisoning. Emerg Med Australas. 2013;25(3):285-6. [PMID: 23759054]

3. Mullins ME, **Schwarz ES**. "Krokodil" is an urban legend and not a medical fact. Am J Med 2014;127(7):e25. [PMID:24970607]

4. **Schwarz ES**, Arroyo AM, Mullins ME. Other Complications Following Lipid Emulsion Therapy. J Med Toxicol 2014;10(2):247-8. [PMID: 24639198]

5. Mullins ME, **Schwarz ES**, Dribben W, Halcomb SE, Arroyo-Plasencia A. Silibinin: Where is the Ethical Conundrum. Chest 2015;147(3):e105.[PMID:25732452]

6. Mullins M, Liss D, **Schwarz E**. Comment: severe anaphylactic reaction following Crotalidae Polyvalent Immune Fab (Ovine) administration for copperhead snakebite. Ann Pharmacother 2015;49(4):496.[PMID:25762655]

7. **Schwarz ES**, Mullins ME. Paracetamol: Is all the concern valid. Ann Rheum Dis 2015;74(8):e48.[PMID:25858642]

8. Mullins ME, **Schwarz ES**. Commentary on "A new drug with a nasty bite: A case of krokodil-induced skin necrosis in an intravenous drug user." J Am Acad Dermtaol 2016;2(5): 418. [PMID: 27872889]

9. **Schwarz ES**, Mullins ME. When 2 is Not Better Than One. Br J Clin Pharmacol 2017.

Accepted for publication.[PMID:28543530]

10. Willman MW, Liss DB, **Schwarz ES**, Mullins ME. The authors reply regarding "Do heroin overdose patients require observation after receiving naloxone?" Clin Tox 2017;55(4):2017.[PMID:28152639]

11. Hafez Z, Mullins ME, BLohm E, O'Connor MJ, Dezieck L, **Schwarz ES**, Conicella A. Cannabinoid hyperemesis syndrome and topical capsaicin: treating smoke with fire?-the authors reply. Clin Toxicol (Phila) 2017;55(8):908-913.[PMID: 287130852]

12. Mullins ME, **Schwarz ES**. Safety and Efficacy of Physostigmine: Seeing the Trees from the Forest Plot. Clin Toxicol(Phila) 2018;56(9):868-9. [PMID: 29490506]

13. Mullins ME, Liss DB, Fishburn SJ, Dribben WH, **Schwarz ES**. Comments on Chhabria et al. "Lipid emulsion for acute organophosphate insecticide poisoning." Clin Toxicol (Phila) 2019;22:1. [PMID: 30666881]

14. Baumgartner K, Filip A, Liss D, Devgun J, **Schwarz E**, Mullins M. N-acetylcystiene for acetaminophen toxicity: The one-bag regimen. Br J Cli Pharmacol 2021.87(5):2399-2400. [PMID: 33190332]

15. Mullins ME, **Schwarz ES**, Liss DB, Baumgartner KT, Devgun JM. How Should Native Crotalid Envenomation Be Managed in the Emergency Department? J Emerg Med 2022;62(1):131-2.[PMID: 35090730]

16. Mullins ME, Schwarz ES, Liss DB, Devgun JM, Baumgartner KT. Comment on "Crotalidae Polyvalent Immune Fab and Cost-Effective Management of Hospital Admissions for Snakebites. Am Surg 2022. [in press]

17. Baumgartner K, Liss D, Devgun J, Mullins ME, **Schwarz E**. Management of Toxin-Related Seizures. Ann Emerg Med 2022;80(6):572-3.[PMID: 36404003]


**Invited Publications**

1. Critical Connections
   See Clinical Educator's Portfolio (CEP) for list of articles

2. Missouri College of Emergency Physicians EPIC
   See CEP for list of articles

3. Emergency Physicians Monthly Articles
   See CEP for list of articles

4. ACEP Now: The Official Voice of Emergency Medicine
   See CEP for list of articles

5. Academic Life in Emergency Medicine (ALiEM)
   https://www.aliem.com/acmt-toxicology-visual-pearl-hypertension-rash/ Accessed on April 4, 2022

**Book Chapters**

1. **Schwarz ES**, Kleinschmidt KC. Chapter 187: Toxic Inhalants. Vincent: Textbook of Critical Care, 6th edition

2. PEPID 2012 update: edited chapters on Toxicology General Principles: overview, charcoal hemoperfusion, dialysis in toxicology; isopropranol; Plants: insoluble oxalates; industrial

herbicides (paraquat, diquat); hydrofluoric acid (HF)

3. Halcomb SE, Mullins ME, **Schwarz E**. Overdoses. Washington Manual of Medical Therapeutics, 34th Ed. Washington University School of Medicine. WoltersKluwer, Lippincott Williams and Wilkins. St. Louis, 2012.

4. **Schwarz ES**. PEPID 2013 update: edited chapters on multiple sclerosis, fever age 3-36 months, masotiditis, perforated tympanic membrane, and tinea corporis.

5. **Schwarz ES**. PEPID Pediatric Chapters: Wrote chapters on Anticholinergic toxidrome, Cardiac Gylcosides, Carbon monoxide toxicity, Cholinergic toxidrome, Digoxin toxicity, Ethylene Glycol toxicity, Hydrocarbons, Cyanide, Cocaine toxicity, Carbamate toxicity

6. **Schwarz ES**, Arroyo AM. Clinical Decision Support System on Clinical Toxicology. Antidepressants; serotonin syndrome.

7. Halcomb SE, Mullins ME, **Schwarz ES**. Toxicology. Washington Manual of Medical Therapeutics, 35th Ed. Washington University School of Medicine. WoltersKluwer, Lippincott Williams and Wilkins. St. Louis, 2015

8. Bavolek R, Sampson C, **Schwarz ES**, Wagner JC. Chapter 24 Medical Emergencies. Washington Manual of Medical Therapeutics, 35th Ed. Washington University School of Medicine. WoltersKluwer, Lippincott Williams and Wilkins. St. Louis, 2015

9. **Schwarz ES**. Therapeutic Approach to the Critically Poisoned Patient, including GI Decontamination. Critical Care Toxicology, 2nd ed. SpringerMeteor. 2016.

10. **Schwarz ES**. The Washington Manual of Emergency Medicine, 1st edition. Chapter 79 Addiction. Washington University School of Medicine. Philadelphia; WoltersKluwer, Lippincott Williams and Wilkins. St. Louis, 2018.

11. **Schwarz ES**, Tintinalli's Emergency Medicine & Board Review 3rd edition. Edited by Dr. Susan B. Promes. McGraw- Hill Global Holdings, LLC. To be published in 2018. I wrote questions for chapters 55-61.

12. **Schwarz ES**, Emergency Medicine Resident's Association Toxicology Guidebook. Published in 2018. I edited the chapters on Anesthetics, Antihypertensives, Atypical Antipsychotics, Hydrocarbons, NOACs, Opioids, Tramadol, and Warfarin/Heparin.

13. Hilbert S, Levine MD, **Schwarz ES**. Chapter 26 Medical Emergencies. Washington Manual of Medical Therapeutics, 36th Ed. Washington University School of Medicine. WoltersKluwer, Lippincott Williams and Wilkins. St. Louis, 2020

14. Dunn SE, **Schwarz ES**, Mullins ME. Chapter 28. Toxicology. Washington Manual of Medical Therapeutics, 36th Ed. Washington University School of Medicine. WoltersKluwer, Lippincott Williams and Wilkins.  St. Louis, 2020

15. American College of Emergency Physicians Guide to Coronavirus Disease (COVID-19) Field Guide. Patients with Substance Use Disorders. https://www.acep.org/corona/covid-19-field-guide/special- populations/patients-with-substance-use-disorders/

16. **Schwarz ES**. Inhalants. Critical Care Clinics 2021;37(3):687-702.

17. Levine MD, Hilbert S, **Schwarz ES**. Chapter 26 Medical Emergencies. Washington Manual of Medical Therapeutics, 37th Ed. Washington University School of Medicine. WoltersKluwer, Lippincott Williams and Wilkins. St. Louis, 2022

18. Update to American College of Emergency Physicians Guide to Coronavirus Disease (COVID-19) Field Guide. Patients with Substance Use Disorders. https://www.acep.org/corona/covid-19-field-guide/special- populations/patients-with-substance-use-disorders/

**Movies, videotapes, interviews, etc.**
Please see CEP for this information

# Fee Schedule

**BASIC HOURLY RATE:**   All activities (including but not limited to reviewing documents/evidence, researching issues, discussing case with attorney, preparing written reports, travel time, time waiting to testify, time spent in deposition or trial testimony) will be charged at **$500.00** per hour.

**DEPOSITION:**   For a deposition requiring up to 3 hours, retaining counsel is responsible for bringing a check for **$1500.00** to the deposition.  If the deposition exceeds 3 hours in length, the additional time will be billed at **$500.00** per hour.

**TRAVEL:**   For travel outside of the City of St. Louis or St. Louis County, Missouri, all travel expenses will be submitted for reimbursement.

If overnight travel is necessary, I shall bill a minimum of 12 hours at **$500.00** per hour for each full day spent away from home.  If the time devoted to the case requires more than 12 hours of my active participation, I shall bill for the actual total number of hours of activity at the rate above.

**INITIAL RETAINER**:   I require an initial retainer of **$2500.00** (applicable to the first 5 hours of case activity) prior to commencing review of a case.

**Only if** the total volume of written material (medical records, reports, etc.) is less than or equal to 20 single-sided pages, I shall accept a retainer of **$500.00** (applied to the first hour of case activity) with the material.

**CANCELLATION FEE FOR DEPOSITION:**   The deposition fee of **$1500.00** will still be required if the deposition is canceled by counsel for any party in the case less than **1 business day** before the scheduled deposition (i.e. after 9:00 am Central Time on the business day preceding the scheduled deposition) in the case of a local deposition (in the City of St. Louis, Missouri or in St. Louis County, Missouri).

The deposition fee of **$1500.00** will still be required if the deposition is canceled by counsel for any party in the case less than **1 week** before the scheduled deposition (i.e. after 9:00 am Central Time 7 days preceding the day of  the scheduled deposition) in the case of an out-of-town deposition.  Retaining counsel will be responsible for any non-refundable travel expenses.

If Dr. Schwarz is compelled to cancel a deposition, no cancellation fee will apply.