EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Derrick Jones et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 4:21-cv-600 HEA |
| ) | |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW**

Adriano Martinez moves to withdraw as counsel for defendants as his employment with the City of St. Louis ends on May 31, 2024.

Respectfully Submitted,

SHEENA HAMILTON
CITY COUNSELOR

By: /s/ Adriano Martinez #69214
Associate City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
Phone: 314-622-4651
Fax: 314-622-4956
MartinezA@stlouis-mo.gov