# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1912

Derrick Jones, et al.

Appellees

v.

City of St. Louis, Missouri, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00600-HEA)

---

**ORDER**

The motion to withdraw as counsel is granted.  Megha Ram is granted leave to withdraw from this case.

November 08, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Maureen W. Gornik