# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  24-1912
_____

Derrick Jones; Jerome Jones; Darnell Rusan; Marrell Withers

Plaintiffs - Appellees

v.

City of St. Louis, Missouri; Lieutenant Javan Fowlkes, in his individual capacity; Correctional Officer Aisha Turner, in her individual capacity; Correctional Officer Direll Alexander, in his individual capacity; Lieutenant Sherry Richard, in her individual capacity; Correctional Officer Bruce Borders, in his individual capacity; Captain Freddie Wills, in his individual capacity; Correctional Officer Douglas Jones, in his individual capacity; Correctional Officer John Doe, in his individual capacity

Defendants - Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00600-HEA)
_____

**JUDGMENT**

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the case is dismissed in part for lack of jurisdiction, and the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

July 27, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Susan E. Bindler