**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 24-1912

Derrick Jones, et al.

Appellees

v.

City of St. Louis, Missouri, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00600-HEA)

---

**MANDATE**

In accordance with the opinion and judgment of July 27, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 17, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit