**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DERRICK JONES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:21-CV-600 HEA |
| | ) | |
| CITY OF ST. LOUIS, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIAL JUDGMENT**

In accordance with the Order of today's date, and incorporated herein, and consistent with the terms of the Opinion of United States Court of Appeals for the Eighth Circuit dated July 27, 2026,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant Aisha Turner and against Plaintiff Darnell Rusan and in favor of Defendant Freddie Wills and against Plaintiff Marrell Withers in Counts III and IV of the Third Amended Complaint. Defendants Aisha Turner and Freddie Wills are no longer parties to this cause of action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant Javan Fowlkes and against Plaintiffs Derrick Jones and Jerome Jones in Count IX of the Third Amended Complaint.

Dated this 17th day of August, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE